B1 (Official Form 1)(4/10)

| United States Bankruptcy Court<br>Northern District of Illinois | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Bastounes, Tom** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all)<br>**xxx-xx-9048** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>**1114 S. Broadway Ave.**<br>**Park Ridge, IL**<br>ZIP Code **60068** | Street Address of Joint Debtor (No. and Street, City, and State):<br>ZIP Code |
| County of Residence or of the Principal Place of Business:<br>**Cook** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>ZIP Code | Mailing Address of Joint Debtor (if different from street address):<br>ZIP Code |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | |

**Type of Debtor**
(Form of Organization)
(Check one box)

☑ Individual (includes Joint Debtors)
*See Exhibit D on page 2 of this form.*
☐ Corporation (includes LLC and LLP)
☐ Partnership
☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business**
(Check one box)

☐ Health Care Business
☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
☐ Railroad
☐ Stockbroker
☐ Commodity Broker
☐ Clearing Bank
☑ Other

**Tax-Exempt Entity**
(Check box, if applicable)

☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)

☑ Chapter 7
☐ Chapter 9
☐ Chapter 11
☐ Chapter 12
☐ Chapter 13
☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts**
(Check one box)

☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
☑ Debts are primarily business debts.

**Filing Fee** (Check one box)

☑ Full Filing Fee attached

☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.

☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**
Check one box:
☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
☐ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).
Check if:
☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,343,300 *(amount subject to adjustment on 4/01/13 and every three years thereafter).*
Check all applicable boxes:
☐ A plan is being filed with this petition.
☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**

☐ Debtor estimates that funds will be available for distribution to unsecured creditors.
☑ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors

| ☐ | ☐ | ☐ | ☑ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |

Estimated Assets

| ☐ | ☐ | ☐ | ☐ | ☑ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

Estimated Liabilities

| ☐ | ☐ | ☐ | ☐ | ☐ | ☑ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

B1 (Official Form 1)(4/10)                    Page 2

| Voluntary Petition | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **Bastounes, Tom** |

### All Prior Bankruptcy Cases Filed Within Last 8 Years (If more than two, attach additional sheet)

| Location Where Filed: **- None -** | Case Number: | Date Filed: |
|---|---|---|
| Location Where Filed: | Case Number: | Date Filed: |

### Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor (If more than one, attach additional sheet)

| Name of Debtor: **- None -** | Case Number: | Date Filed: |
|---|---|---|
| District: | Relationship: | Judge: |

| Exhibit A | Exhibit B |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.) | (To be completed if debtor is an individual whose debts are primarily consumer debts.) I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b). |
| ☐ Exhibit A is attached and made a part of this petition. | X_____<br>Signature of Attorney for Debtor(s)      (Date) |

### Exhibit C

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

    ☐ Yes, and Exhibit C is attached and made a part of this petition.

    ■ No.

### Exhibit D

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

    ■ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

    ☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

### Information Regarding the Debtor - Venue
#### (Check any applicable box)

    ■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

    ☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

    ☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

### Certification by a Debtor Who Resides as a Tenant of Residential Property
#### (Check all applicable boxes)

    ☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

        _____
        (Name of landlord that obtained judgment)

        _____
        (Address of landlord)

    ☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

    ☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

    ☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

B1 (Official Form 1)(4/10)                                                                                           Page 3

| Voluntary Petition | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **Bastounes, Tom** |

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7. [If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X **/s/ Tom Bastounes**
Signature of Debtor **Tom Bastounes**

X _____
Signature of Joint Debtor

Telephone Number (If not represented by attorney)

**March  1, 2011**
Date

### Signature of Attorney*

X **/s/ Ben Schneider**
Signature of Attorney for Debtor(s)

**Ben Schneider**
Printed Name of Attorney for Debtor(s)

**Schneider & Stone**
Firm Name

**8424 Skokie Blvd.**
**Suite 200**
**Skokie, IL 60077**

Address

**Email: ben@windycitylawgroup.com**
**847-933-0300  Fax: 847-676-2676**
Telephone Number

**March  1, 2011**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Authorized Individual

_____
Printed Name of Authorized Individual

_____
Title of Authorized Individual

_____
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.*

B 1D (Official Form 1, Exhibit D) (12/09)

# United States Bankruptcy Court
### Northern District of Illinois

In re **Tom Bastounes** _____   Case No. _____

_____ Debtor(s)   Chapter   **7** _____

## EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE WITH CREDIT COUNSELING REQUIREMENT

**Warning: You must be able to check truthfully one of the five statements regarding credit counseling listed below. If you cannot do so, you are not eligible to file a bankruptcy case, and the court can dismiss any case you do file. If that happens, you will lose whatever filing fee you paid, and your creditors will be able to resume collection activities against you. If your case is dismissed and you file another bankruptcy case later, you may be required to pay a second filing fee and you may have to take extra steps to stop creditors' collection activities.**

*Every individual debtor must file this Exhibit D. If a joint petition is filed, each spouse must complete and file a separate Exhibit D. Check one of the five statements below and attach any documents as directed.*

■ 1. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, and I have a certificate from the agency describing the services provided to me. *Attach a copy of the certificate and a copy of any debt repayment plan developed through the agency.*

☐ 2. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, but I do not have a certificate from the agency describing the services provided to me. *You must file a copy of a certificate from the agency describing the services provided to you and a copy of any debt repayment plan developed through the agency no later than 14 days after your bankruptcy case is filed.*

☐ 3. I certify that I requested credit counseling services from an approved agency but was unable to obtain the services during the seven days from the time I made my request, and the following exigent circumstances merit a temporary waiver of the credit counseling requirement so I can file my bankruptcy case now. *[Summarize exigent circumstances here.]* ____

**If your certification is satisfactory to the court, you must still obtain the credit counseling briefing within the first 30 days after you file your bankruptcy petition and promptly file a certificate from the agency that provided the counseling, together with a copy of any debt management plan developed through the agency. Failure to fulfill these requirements may result in dismissal of your case. Any extension of the 30-day deadline can be granted only for cause and is limited to a maximum of 15 days. Your case may also be dismissed if the court is not satisfied with your reasons for filing your bankruptcy case without first receiving a credit counseling briefing.**

☐ 4. I am not required to receive a credit counseling briefing because of: *[Check the applicable statement.] [Must be accompanied by a motion for determination by the court.]*

☐ Incapacity. (Defined in 11 U.S.C. § 109(h)(4) as impaired by reason of mental illness or mental deficiency so as to be incapable of realizing and making rational decisions with respect to financial responsibilities.);

☐ Disability. (Defined in 11 U.S.C. § 109(h)(4) as physically impaired to the extent of being unable, after reasonable effort, to participate in a credit counseling briefing in person, by telephone, or through the Internet.);

☐ Active military duty in a military combat zone.

☐ 5. The United States trustee or bankruptcy administrator has determined that the credit counseling requirement of 11 U.S.C. § 109(h) does not apply in this district.

**I certify under penalty of perjury that the information provided above is true and correct.**

Signature of Debtor:   **/s/ Tom Bastounes**
                       **Tom Bastounes**

Date:   **March 1, 2011**

B6 Summary (Official Form 6 - Summary) (12/07)

# United States Bankruptcy Court
### Northern District of Illinois

In re    **Tom Bastounes** _____,     Case No. _____

                               Debtor

Chapter _____ **7** _____

## SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | 1,600,000.00 | | |
| B - Personal Property | Yes | 3 | 20,025.00 | | |
| C - Property Claimed as Exempt | Yes | 1 | | | |
| D - Creditors Holding Secured Claims | Yes | 1 | | 1,957,011.00 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | Yes | 1 | | 0.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 40 | | 19,726,826.79 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 17 | | | |
| I - Current Income of Individual Debtor(s) | Yes | 1 | | | 21,930.00 |
| J - Current Expenditures of Individual Debtor(s) | Yes | 3 | | | 22,895.50 |
| Total Number of Sheets of ALL Schedules | | 69 | | | |
| | Total Assets | | 1,620,025.00 | | |
| | | Total Liabilities | | 21,683,837.79 | |

Form 6 - Statistical Summary (12/07)

.

# United States Bankruptcy Court
## Northern District of Illinois

In re   **Tom Bastounes**

Debtor

Case No. _____

Chapter _____ **7** _____

# STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C.§ 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

■ Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | |
| Student Loan Obligations (from Schedule F) | |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | |
| TOTAL | |

**State the following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 16) | |
| Average Expenses (from Schedule J, Line 18) | |
| Current Monthly Income (from Form 22A Line 12; OR, Form 22B Line 11; OR, Form 22C Line 20 ) | |

**State the following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column | | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | |
| 4. Total from Schedule F | | |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | |

B6A (Official Form 6A) (12/07)

In re   **Tom Bastounes**                                      ,   Case No. _____
                                    Debtor

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim." If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| **Location: 1114 S. Broadway Ave., Park Ridge IL 60068** | **Joint tenant** | **W** | **1,600,000.00** | **1,957,011.00** |

|  |  | Sub-Total > | **1,600,000.00** | (Total of this page) |
|  |  | Total > | **1,600,000.00** |  |

**0** continuation sheets attached to the Schedule of Real Property

(Report also on Summary of Schedules)

B6B (Official Form 6B) (12/07)

.

In re    **Tom Bastounes** _____, Case No. _____
                                                      Debtor

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule.  List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."
If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| | Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|---|
| 1. | Cash on hand | X | | | |
| 2. | Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **Park Ridge Community Bank Checking** | J | 525.00 |
| 3. | Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4. | Household goods and furnishings, including audio, video, and computer equipment. | | **Furniture** | J | 5,000.00 |
| 5. | Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6. | Wearing apparel. | | **Clothing** | - | 500.00 |
| 7. | Furs and jewelry. | X | | | |
| 8. | Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9. | Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | | **$50,000 Minnesota Whole Life Policy with $14,000 cash surrender value** | - | 14,000.00 |
| 10. | Annuities. Itemize and name each issuer. | X | | | |

Sub-Total >    **20,025.00**
(Total of this page)

  **2**   continuation sheets attached to the Schedule of Personal Property

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com

Best Case Bankruptcy

B6B (Official Form 6B) (12/07) - Cont.

In re    **Tom Bastounes**                                                    ,    Case No. _____
                                                            Debtor

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|:---:|---|:---:|:---:|
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | X | | | |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |

Sub-Total >          **0.00**
(Total of this page)

Sheet __1__ of __2__ continuation sheets attached
to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re    **Tom Bastounes**                                              ,        Case No. _____
                                                    Debtor

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | X | | | |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | X | | | |
| 29. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |

Sub-Total >        **0.00**
(Total of this page)

Total >        **20,025.00**

Sheet   __2__   of   __2__   continuation sheets attached
to the Schedule of Personal Property

(Report also on Summary of Schedules)

B6C (Official Form 6C) (4/10)

.

In re    **Tom Bastounes**                                               ,    Case No. _____
                                                    Debtor

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor claims the exemptions to which debtor is entitled under:     ☐ Check if debtor claims a homestead exemption that exceeds
(Check one box)                                                    $146,450. *(Amount subject to adjustment on 4/1/13, and every three years thereafter*
☐ 11 U.S.C. §522(b)(2)                                              *with respect to cases commenced on or after the date of adjustment.)*
�■ 11 U.S.C. §522(b)(3)

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| **Checking, Savings, or Other Financial Accounts, Certificates of Deposit** | | | |
| **Park Ridge Community Bank Checking** | **735 ILCS 5/12-1001(b)** | **250.00** | **1,050.00** |
| **Household Goods and Furnishings** | | | |
| **Furniture** | **735 ILCS 5/12-1001(b)** | **3,000.00** | **10,000.00** |
| **Wearing Apparel** | | | |
| **Clothing** | **735 ILCS 5/12-1001(a)** | **500.00** | **500.00** |
| | | | |
| | Total: | **3,750.00** | **11,550.00** |

__0__   continuation sheets attached to Schedule of Property Claimed as Exempt

**B6D (Official Form 6D) (12/07)**

In re   **Tom Bastounes** _____,   Case No. _____

_____ Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor" ,include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. **132090949** | | | Opened 12/01/06  Last Active 12/20/10 | | | | | |
| **Bac Home Loans Servici** **450 American St** **Simi Valley, CA 93065** | | - | **First Mortgage** **Location: 1114 S. Broadway Ave., Park Ridge IL 60068** | | | | | |
| | | | Value $            1,600,000.00 | | | | 1,412,161.00 | 0.00 |
| Account No. | | | **Third Mortgage** | | | | | |
| **John Young** **4699 Jamboree Rd.** **Newport Beach, CA 92660** | X | - | **Location: 1114 S. Broadway Ave., Park Ridge IL 60068** | | | | | |
| | | | Value $            1,600,000.00 | | | | 200,000.00 | 200,000.00 |
| Account No. **139223965** | | | Opened  2/01/07  Last Active 12/31/10 | | | | | |
| **Mb Financial Bank** **6111 N River Rd** **Rosemont, IL 60018** | | - | **Second Mortgage** **Location: 1114 S. Broadway Ave., Park Ridge IL 60068** | | | | | |
| | | | Value $            1,600,000.00 | | | | 344,850.00 | 157,011.00 |
| Account No. | | | | | | | | |
| | | | Value $ | | | | | |

|  | | |
|---|---|---|
| **0** continuation sheets attached | Subtotal (Total of this page) | 1,957,011.00 | 357,011.00 |
| | Total (Report on Summary of Schedules) | 1,957,011.00 | 357,011.00 |

B6E (Official Form 6E) (4/10)

.

In re  **Tom Bastounes**
_____ ,  Case No. _____
                                    Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts not entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

■ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS**  (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic support obligations**

Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $11,725* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**

Claims of certain farmers and fishermen, up to $5,775* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

Claims of individuals up to $2,600* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

☐ **Taxes and certain other debts owed to governmental units**

Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to maintain the capital of an insured depository institution**

Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for death or personal injury while debtor was intoxicated**

Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

_* Amount subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment._

**0**___ continuation sheets attached

B6F (Official Form 6F) (12/07)

In re     **Tom Bastounes**                                                                    ,     Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐   Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> **A&J Produce** <br> **P.O. Box** <br> **771221** <br> **Orlando, FL 32877** | X | - | **Business Debt** | | | | **1,000.00** |
| Account No. <br><br> **A.J. Trucco** <br> **344 NYC Terminal MKT** <br> **Bronx, NY 10474** | X | - | **Business Debt** | | | | **12,500.00** |
| Account No. <br><br> **Adam Bros. Produce Sales** <br> **PO Box 5987** <br> **Santa Maria, CA 93456** | X | - | **Business Debt** | | | | **Unknown** |
| Account No. <br><br> **ADP, Inc.** <br> **PO Box 78415** <br> **Phoenix, AZ 85062** | X | - | **Business Debt** | | | | **Unknown** |

__39__ continuation sheets attached

Subtotal (Total of this page)     **13,500.00**

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com                                                    S/N:40320-110113    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   **Tom Bastounes**                                          ,    Case No. _____
                                     Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | Business Debt | | | | |
| Advanced Logistics, LTD 246 Main St. Sun Prairie, WI 53590 | X | - | | | | | | Unknown |
| Account No. | | | | Business Debt | | | | |
| Agri-Mondo Inc. 23 E. 38th St. Brant Beach, NJ 08008 | X | - | | | | | | 1,771.20 |
| Account No. | | | | Business Debt | | | | |
| Agricola Buen Ano ABA 980511JV6 S DE R L DE C V | X | - | | | | | | Unknown |
| Account No. | | | | Business Debt | | | | |
| Agricola Zaragoza, Inc. 3602 W. Military Hwy. D-20 McAllen, TX 78503 | X | - | | | | | | Unknown |
| Account No. | | | | Business Debt | | | | |
| Agrosale Inc. PO Box 33197 1335 NW 21 Terr Bay 1 Miami, FL 33142 | X | - | | | | | | Unknown |

Sheet no. __1__ of __39__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)        1,771.20

B6F (Official Form 6F) (12/07) - Cont.

In re   **Tom Bastounes**                                                    ,        Case No. _____
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. | | | | **Business Debt** | | | | |
| **Allied Waste Services Att. Carl Christl 2608 S. Damen Chicago, IL 60608** | X | - | | | | | | **Unknown** |
| Account No. | | | | **Business Debt** | | | | |
| **AMC Direct, Inc. 510 Heron Dr. Suite 102 Swedesboro, NJ 08085** | X | - | | | | | | **18,800.00** |
| Account No. 3499906141882433 | | | | **Opened 3/01/88 Last Active 12/29/10 CreditCard** | | | | |
| **American Express c/o Becket and Lee LLP Po Box 3001 Malvern, PA 19355** | | - | | | | | | **39,728.00** |
| Account No. 3499905014277383 | | | | **Opened 10/01/86 Last Active 12/26/10 CreditCard** | | | | |
| **American Express c/o Becket and Lee LLP Po Box 3001 Malvern, PA 19355** | | - | | | | | | **28,805.00** |
| Account No. 3499905014277203 | | | | **Opened 10/08/86 Last Active 8/27/08 CreditCard** | | | | |
| **American Express c/o Becket and Lee LLP Po Box 3001 Malvern, PA 19355** | | - | | | | | | **16,647.00** |

Sheet no. __2___ of __39__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    **103,980.00**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Tom Bastounes**                                              ,      Case No. _____
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No. **3499904899879503** <br><br> **American Express** <br> **c/o Becket and Lee LLP** <br> **Po Box 3001** <br> **Malvern, PA 19355** | - | | | **Opened 4/16/86 Last Active 9/16/08** <br> **CreditCard** | | | | **14,214.00** |
| Account No. **3499905072963433** <br><br> **American Express** <br> **c/o Becket and Lee LLP** <br> **Po Box 3001** <br> **Malvern, PA 19355** | - | | | **Opened 4/01/86 Last Active 12/26/10** <br> **CreditCard** | | | | **10,326.00** |
| Account No. **3499913962230673** <br><br> **American Express** <br> **c/o Becket and Lee LLP** <br> **Po Box 3001** <br> **Malvern, PA 19355** | - | | | **Opened 11/01/87 Last Active 1/05/11** <br> **CreditCard** | | | | **475.00** |
| Account No. **3715-489579-31008** <br><br> **American Express** <br> **PO Box 360002** <br> **Los Angeles, CA 90096** | - | | | | | | | **0.00** |
| Account No. **3722-682233-01006** <br><br> **American Express** <br> **PO Box 360002** <br> **Fort Lauderdale, FL 33336** | - | | | | | | | **0.00** |

Sheet no. __**3**__ of __**39**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)   **25,015.00**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Tom Bastounes**
_____,    Case No. _____
                            Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HWJC | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **American Express** PO Box 0001 Los Angeles, CA 90096 | | - | | | | | 0.00 |
| Account No. **Anthony C. Campanale** 19 S. LaSalle Suite 1500 Chicago, IL 60603 | | - | Attorney's Fees | | | | 175,000.00 |
| Account No. **Artann Express** 3423 N. Osceola Ave. Chicago, IL 60634 | X | - | | | | | 0.00 |
| Account No. **AT&T** PO Box 9001309 Louisville, KY 40290 | X | - | Business Debt | | | | Unknown |
| Account No. **AT&T Mobility** PO Box 6428 Carol Stream, IL 60197 | X | - | Business Debt | | | | Unknown |

Sheet no. __4__ of __39__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    **175,000.00**

B6F (Official Form 6F) (12/07) - Cont.

In re    **Tom Bastounes**                                                    , Case No. _____
                                              Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> **Atlantic Express Corp.** <br> **Sullivan Hincks & Conway** <br> **120 West 22nd St., Suite 100** <br> **Oak Brook, IL 60523** | X | - | | | | | **41,940.00** |
| Account No. <br><br> **Atlas Companies** <br> **5050 N. River Road** <br> **Schiller Park, IL 60176** | X | - | **Business Debt** | | | | **Unknown** |
| Account No. <br><br> **Atlas Lift Truck Rentals** <br> **5050 N. River Road** <br> **Schiller Park, IL 60176** | X | - | **Business Debt** | | | | **Unknown** |
| Account No. <br><br> **Atom Banana** <br> **2404 S. Wolcott Ave.** <br> **Unit 10-11-12** <br> **Chicago, IL 60608** | X | - | **Business Debt** | | | | **Unknown** |
| Account No. 865153197 <br><br> **Audi Financial Services** <br> **PO Box 17497** <br> **Baltimore, MD 21297** | | - | | | | | **0.00** |

| | | |
|---|---|---|
| Sheet no. __5__ of __39__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims | Subtotal (Total of this page) | **41,940.00** |

B6F (Official Form 6F) (12/07) - Cont.

In re   **Tom Bastounes**                                              ,      Case No. _____
_____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | Business Debt | | | | |
| Automatic Mechanical Serv 3733 N. Ventura Dr. Arlington Heights, IL 60004 | X | - | | | | | | Unknown |
| Account No. | | | | Business Debt | | | | |
| B.J. Produce 2404 S. Wolcott Ave. Unit 22 Chicago, IL 60608 | X | - | | | | | | 115.00 |
| Account No. | | | | Business Debt | | | | |
| Bacchus Associates 4275 US Highway #1 - 2nd Floor Monmouth Junction, NJ 08852 | X | - | | | | | | Unknown |
| Account No. | | | | | | | | |
| Bacchus Fresh International 1920 S. Highland Suite 125 Lombard, IL 60148 | X | - | | | | | | 0.00 |
| Account No. 65010019747365 | | | | | | | | |
| Bank of America PO Box 15220 Wilmington, DE 19886-5710 | | - | | | | | | 0.00 |

Sheet no. __6___ of __39__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)   115.00

B6F (Official Form 6F) (12/07) - Cont.

In re  **Tom Bastounes**                                                          ,        Case No. _____
                                                Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. **6501560291**<br><br>**Barneys Ny Cred Co**<br>**1201 Valley Brook Ave**<br>**Lyndhurst, NJ 07071** | - | | | | **Opened  3/01/07  Last Active 12/24/10**<br>**ChargeAccount** | | | | **1,020.00** |
| Account No.<br><br>**Basciani Foods, Inc.**<br>**3661 S. Iron**<br>**Chicago, IL 60609** | X | - | | | **Business Debt** | | | | **Unknown** |
| Account No. **P-11500**<br><br>**Blue Cross/Blue Shield of Illinois**<br>**PO Box 1186**<br>**Chicago, IL 60690** | X | - | | | **Business Debt** | | | | **Unknown** |
| Account No. **586072**<br><br>**Blue Cross/Blue Shield of Illinois**<br>**PO Box 1186**<br>**Chicago, IL 60690** | X | - | | | **Business Debt** | | | | **Unknown** |
| Account No. **1-0890084905-0101-3**<br><br>**Blue Cross/Blue Shield of Illinois**<br>**PO Box 2039**<br>**Aurora, IL 60507** | X | - | | | **Business Debt** | | | | **Unknown** |

Sheet no. __**7**___ of __**39**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**1,020.00**

B6F (Official Form 6F) (12/07) - Cont.

In re    **Tom Bastounes**                                          Case No. _____
                                                ,
                              Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. | | | | Business Debt | | | | |
| Blue Island Wholesale Produce, Inc. 2320 S. Blue Island Chicago, IL 60608 | X | - | | | | | | Unknown |
| Account No. 4000414555 | | | | Opened 4/12/04 Last Active 8/06/04 AutoLease | | | | |
| Bmw Financial Services 5550 Britton Parkway Hilliard, OH 43026 | | - | | | | | | Unknown |
| Account No. 4987794965 | | | | Business Debt | | | | |
| BP PO Box 70887 Charlotte, NC 28272 | X | - | | | | | | Unknown |
| Account No. | | | | Business Debt | | | | |
| Brooks Tropicals, Inc. PO Box 900160 Flossmoor, FL 33090 | X | - | | | | | | Unknown |
| Account No. | | | | | | | | |
| C.H. Robinson Co. 1200 Internationale Pkwy Suite 150 Woodridge, IL 60517 | X | - | | | | | | 0.00 |

Sheet no. __8__ of __39__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal                          | 0.00 |
(Total of this page)

B6F (Official Form 6F) (12/07) - Cont.

In re    **Tom Bastounes** _____,    Case No. _____

                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. **5466302039386913** <br><br> **Capital One, N.a.** <br> **Bankruptcy Dept** <br> **Po Box 5155** <br> **Norcross, GA 30091** | | - | | | **Opened 9/01/01 Last Active 12/28/10** <br> **CreditCard** | | | | **1,013.00** |
| Account No. <br><br> **Capitol Produce** <br> **1501 S. Blue Island** <br> **Chicago, IL 60608** | X | - | | | **Business Debt** | | | | **Unknown** |
| Account No. **4388-5750-3025-9597** <br><br> **Cardmember Service** <br> **PO Box 15153** <br> **Wilmington, DE 19886** | | - | | | | | | | **0.00** |
| Account No. **4417-1222-9298-1165** <br><br> **Cardmember Service** <br> **PO Box 15153** <br> **Wilmington, DE 19886** | | - | | | | | | | **0.00** |
| Account No. <br><br> **Carmichael Leasing Co. Inc.** <br> **PO Box 607899** <br> **Chicago, IL 60660** | X | - | | | **Business Debt** | | | | **Unknown** |

Sheet no. __9___ of __39__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**1,013.00**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Tom Bastounes**                                                                    ,          Case No. _____
                                              Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> **Central American Prod, Inc.** <br> **1500 W. Atlantic Blvd.** <br> **Pompano Beach, FL 33069** | X | - | Business Debt | | | | **Unknown** |
| Account No. <br><br> **Central Washington Market** <br> **770 N. 80th Ave.** <br> **Yakima, WA 98908** | X | - | Business Debt | | | | **9,427.10** |
| Account No. <br><br> **Central West Produce** <br> **511 E. Main Street** <br> **Suite B** <br> **Santa Maria, CA 93454** | X | - | Business Debt | | | | **Unknown** |
| Account No. **4388575030259597** <br><br> **Chase** <br> **Po Box 15298** <br> **Wilmington, DE 19850** | | - | Opened 3/01/00 Last Active 11/17/10 CreditCard | | | | **40,897.00** |
| Account No. <br><br> **Chicago Area I.B. of T-HW** <br> **Health and Welfare** <br> **PO Box 94473** <br> **Chicago, IL 60674** | X | - | | | | | **0.00** |

Sheet no. __10__ of __39__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**50,324.10**

B6F (Official Form 6F) (12/07) - Cont.

In re     **Tom Bastounes**                                              ,     Case No. _____
                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. | | | | | | | | |
| **Chicago Area I.B. of T-PF Pension Fund PO Box 94473 Chicago, IL 60674** | X | - | | | | | | |
| | | | | | | | | **0.00** |
| Account No. | | | | Business Debt | | | | |
| **Chicago Area I.B. of T-SR Severance & Retirement PO Box 94473 Chicago, IL 60674** | X | - | | | | | | |
| | | | | | | | | **Unknown** |
| Account No. **5082-2900-5162-4762** | | | | | | | | |
| **CitiBusiness Card PO Box 688905 Des Moines, IA 50368** | | - | | | | | | |
| | | | | | | | | **0.00** |
| Account No. **211-0151199-000/1392208** | | | | | | | | |
| **CitiCapital (SM) PO Box 6229 Carol Stream, IL 60197** | | - | | | | | | |
| | | | | | | | | **0.00** |
| Account No. **211-0151214-000/318049677** | | | | | | | | |
| **CitiCapital (SM) PO Box 6229 Carol Stream, IL 60197** | | - | | | | | | |
| | | | | | | | | **0.00** |

Sheet no. __**11**__ of __**39**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                                              **0.00**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Tom Bastounes**                                                                    ,     Case No. _____
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HWJC | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **211-0150684-000/1309495** <br><br> **CitiCapital (SM)** <br> **PO Box 6229** <br> **Carol Stream, IL 60197** | | - | | | | | **0.00** |
| Account No. <br><br> **City Wide Produce** <br> **2401 S. Wolcott Ave.** <br> **Unit 29-30** <br> **Chicago, IL 60608** | X | - | **Business Debt** | | | | **5,374.50** |
| Account No. **5019104007** <br><br> **Com Ed** <br> **PO Box 6111** <br> **Carol Stream, IL 60197** | X | - | **Business Debt** | | | | **Unknown** |
| Account No. **5722054029** <br><br> **Com Ed** <br> **PO Box 6111** <br> **Carol Stream, IL 60197** | X | - | **Business Debt** | | | | **Unknown** |
| Account No. <br><br> **Coosemans Chicago, Inc.** | X | - | **Business Debt** | | | | **3,052.75** |

Sheet no. __**12**__ of __**39**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**8,427.25**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Tom Bastounes**                                                                  ,      Case No. _____
_____
Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| | | H W J C | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | | |
| County Line Transport, Inc. P.O. Box 625 Lee Summit, MO 64063 | X | - | | | | | | Unknown |
| Account No. | | | | | | | | |
| D&S Truck Center, Inc. Mitsubishi Fuso Truck 6042 Lenzi Ave. Hodgkins, IL 60525 | | - | | | | | | 0.00 |
| Account No. | | | | | | | | |
| Dayka & Hackett LLC PO Box 1148 Reedley, CA 93654 | X | - | | | | | | 367,536.06 |
| Account No. | | | | Business Debt | | | | |
| Degroot's Vegetable Farms 8648 E. 4500 S. Road Saint Anne, IL 60964 | X | - | | | | | | Unknown |
| Account No. | | | | Business Debt | | | | |
| Demis Printing, Inc. 5412 W. Berteau Ave. Chicago, IL 60641 | X | - | | | | | | Unknown |

Sheet no. __13__ of __39__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                 367,536.06

B6F (Official Form 6F) (12/07) - Cont.

In re  **Tom Bastounes** _____,   Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Business Debt | | | | |
| Dietz & Kolodenko Co. 2404 S. Wolcott Ave. Units 24-25 Chicago, IL 60608 | X | - | | | | | 4,362.00 |
| Account No. **6011-0070-7021-3623** | | | | | | | |
| Discover Card PO Box 30395 Salt Lake City, UT 84130 | | - | | | | | 0.00 |
| Account No. **6011007070213623** | | | Opened  3/01/00  Last Active 12/22/10 CreditCard | | | | |
| Discover Fin Po Box 6103 Carol Stream, IL 60197 | | - | | | | | 6,841.00 |
| Account No. | | | Business Debt | | | | |
| DNS Trucking 6042 Lenzi Ave. Hodgkins, IL 60525 | | - | | | | | 3,800,000.00 |
| Account No. | | | Business Debt | | | | |
| Domex Corporation Lock Box 773448 3448 Solutions Center Chicago, IL 60677 | X | - | | | | | 199,834.00 |

Sheet no. __14__ of __39__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**4,011,037.00**

B6F (Official Form 6F) (12/07) - Cont.

In re __Tom Bastounes_____,    Case No. _____
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | | |
| Account No. | | | | | Business Debt | | | | |
| Domex Marketing School Program 151 Low Road Yakima, WA 98908 | X | - | | | | | | | 0.00 |
| Account No. | | | | | Business Debt | | | | |
| EJ's Logistics & Farming LLC 4425 E. Agave Road Suite 138 Phoenix, AZ 85044 | X | - | | | | | | | 4,400.00 |
| Account No. | | | | | Business Debt | | | | |
| EJ's Produce Sales Inc. 4425 E. Agave Road Suite 138 Phoenix, AZ 85044 | X | - | | | | | | | 151,784.59 |
| Account No. | | | | | Business Debt | | | | |
| El Pipila 1947-49 West Division St. Chicago, IL 60622 | X | - | | | | | | | Unknown |
| Account No. | | | | | Business Debt | | | | |
| Emerald Packing Co., Inc. PO Box 547914 Orlando, FL 32854 | X | - | | | | | | | 202,250.64 |

Sheet no. __15__ of __39__ sheets attached to Schedule of    Subtotal
Creditors Holding Unsecured Nonpriority Claims    (Total of this page)    358,435.23

B6F (Official Form 6F) (12/07) - Cont.

In re  **Tom Bastounes**                                              ,        Case No. _____
                                   Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. | | | | Business Debt | | | | |
| Enrique Produce Inc 2444 S. Blue Island Ave Chicago, IL 60608 | X | - | | | | | | **Unknown** |
| Account No. | | | | | | | | |
| Euro Trucking 2250 Moen Road Suite 101 Rockdale, IL 60436 | X | - | | | | | | **0.00** |
| Account No. | | | | Business Debt | | | | |
| Evergreen International Produce 2404 S. Wolcott Ave. Units 8-9 Chicago, IL 60608 | X | - | | | | | | **17,229.50** |
| Account No. | | | | Business Debt | | | | |
| Evergreen Veg & Fruit, Inc. | X | - | | | | | | **135.00** |
| Account No. | | | | Business Debt | | | | |
| Everyday Fresh 5301 S. Kildare Chicago, IL 60632 | X | - | | | | | | **9,584.00** |

Sheet no. __16__ of __39__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**26,948.50**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Tom Bastounes**                                                    ,        Case No. _____

_____Debtor_____

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | | |
| Account No. | | | | | Business Debt | | | | |
| Federal Express Corp. PO Box 94515 Palatine, IL 60094 | X | - | | | | | | | Unknown |
| Account No. VZA 1273 07 02 | | | | | Business Debt | | | | |
| Fireman's Fund Ins. Co. CH 0162 Palatine, IL 60055 | X | - | | | | | | | Unknown |
| Account No. 4673023542202 | | | | | | | | | |
| First Card PO Box 15098 Wilmington, DE 19886 | | - | | | | | | | 0.00 |
| Account No. | | | | | Overdrawn bank account | | | | |
| First Merit Bank PO Box 3648 Akron, OH 44309 | | - | | | | | | X | 100,000.00 |
| Account No. | | | | | | | | | |
| Freight All Kinds P.O. Box 3187 Denver, CO 80217-5187 | X | - | | | | | | | Unknown |

Sheet no. __17__ of __39__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          **100,000.00**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Tom Bastounes** _____,  Case No. _____
                              Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. | | | | | Business Debt | | | | |
| Fresh Veg Distributing PO Box 970608 Boca Raton, FL 33497 | X | - | | | | | | | Unknown |
| Account No. | | | | | Business Debt | | | | |
| George J. Cornille & So | X | - | | | | | | | 106.00 |
| Account No. | | | | | Business Debt | | | | |
| Georgia Vegetable Co., Inc. PO Box 2037 Tifton, GA 31793 | X | - | | | | | | | 13,365.50 |
| Account No. | | | | | Business Debt | | | | |
| Grofresh 1441 Brewster Creek Blvd. Bartlett, IL 60103 | X | - | | | | | | | Unknown |
| Account No. | | | | | Business Debt | | | | |
| Horton Fruit Co. 4701 Jennings Lane Louisville, KY 40218-2967 | X | - | | | | | | | Unknown |

Sheet no. __18__ of __39__ sheets attached to Schedule of       Subtotal
Creditors Holding Unsecured Nonpriority Claims        (Total of this page)        13,471.50

B6F (Official Form 6F) (12/07) - Cont.

In re    **Tom Bastounes** _____,    Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **41335282087** <br><br> **Hsbc/neimn** <br> **Hscb Retail Srvs/ Attn: Bankruptcy** <br> **Po Box 5213** <br> **Carol Stream, IL 60197** | - | | | **Opened 3/01/87 Last Active 12/29/10** <br> **ChargeAccount** | | | | **4,801.00** |
| Account No. <br><br> **Hugh H. Branch Inc.** <br> **PO Box 598** <br> **Pahokee, FL 33476** | X - | | | **Business Debt** | | | | **Unknown** |
| Account No. <br><br> **Hughes & Associates P.C.** <br> **19815 Governors Hwy** <br> **Suite 11** <br> **Flossmoor, IL 60422** | X - | | | **Business Debt** | | | | **Unknown** |
| Account No. <br><br> **Hughes Produce Sales, Inc.** <br> **PO Box 207** <br> **Salinas, CA 93902** | X - | | | **Business Debt** | | | | **Unknown** |
| Account No. <br><br> **Indiana Insurance** <br> **P.O. Box 7906** <br> **Loveland, OH 45140-7906** | X - | | | **Business Debt** | | | | **Unknown** |

Sheet no. __**19**__ of __**39**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    **4,801.00**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Tom Bastounes**                                                              ,        Case No. _____
                                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | Business Debt | | | | |
| Ipiphany LLC Department #4510 1600 Golf Rd. Suite 700 Rolling Meadows, IL 60008 | X | - | | | | | | Unknown |
| Account No. | | | | Business Debt | | | | |
| J L Gonzales Produce 2404 S. Wolcott Chicago, IL 60608 | X | - | | | | | | Unknown |
| Account No. | | | | Business Debt | | | | |
| J L Gonzales Produce 2404 S. Wolcott Units 6-7 Chicago, IL 60608 | X | - | | | | | | Unknown |
| Account No. | | | | Business Debt | | | | |
| J&S Produce 2300 W. Lake St. Chicago, IL 60612 | X | - | | | | | | Unknown |
| Account No. | | | | Business Debt | | | | |
| Jab Produce, Inc. 2404 S. Wolcott Ave. Unit 23 Chicago, IL 60608 | X | - | | | | | | Unknown |

Sheet no. __20__ of __39__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)            **0.00**

B6F (Official Form 6F) (12/07) - Cont.

In re    **Tom Bastounes** _____ ,    Case No. _____
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | Business Debt | | | | |
| Jack Brown Produce, Inc. 8035 Fruit Ridge Ave N.W. Sparta, MI 49345 | X | - | | | | | | Unknown |
| Account No. | | | | Business Debt | | | | |
| Jack Tuchten Whole Produce 2404 S. Wolcott Unit 31 Chicago, IL 60608 | X | - | | | | | | Unknown |
| Account No. | | | | | | | | |
| Jackson Boulevard Capital 3220 W. 98th St. Suite 201 Evergreen Park, IL 60805 | X | - | | | | | | 0.00 |
| Account No. | | | | | | | | |
| Jackson Logistics 2404 S. Wolcott Ave. Unit 14 Chicago, IL 60608 | X | - | | | | | | 0.00 |
| Account No. | | | | | | | | |
| John Young and Andrew Sun 4699 Jamboree Rd. Newport Beach, CA 92660 | | - | | | | | | 225,000.00 |

Sheet no. __21__ of __39__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

225,000.00

B6F (Official Form 6F) (12/07) - Cont.

In re  **Tom Bastounes** _____,  Case No. _____
                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. | | | | | | | | |
| Jonathon Swift Trans 6138 W 55th St Chicago, IL 60638 | X | - | | | | | | **Unknown** |
| Account No. | | | | | | | | |
| Jordan, Kowal & Apostol, LLC. 222 South Riverside Plaza Suite 1550 Chicago, IL 60606-6016 | X | - | | | | | | **0.00** |
| Account No. | | | | Business Debt | | | | |
| Junior Produce 2541 S. Damen Ave. Unit A Chicago, IL 60608 | X | - | | | | | | **Unknown** |
| Account No. | | | | | | | | |
| K&M Trucking P.O. Box 2501 Lubbock, TX 79408 | X | - | | | | | | **Unknown** |
| Account No. | | | | Business Debt | | | | |
| Keith Connell, Inc. 21 Calle Cristina Rio Rico, AZ 85648 | X | - | | | | | | **43,580.95** |

Sheet no. __22__ of __39__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**43,580.95**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Tom Bastounes**                                    ,    Case No. _____
                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. | | | | | | | | |
| **Kgb International Inc.** **1175 Shaw Ave.** **#104** **Clovis, CA 93612** | X | - | | | | | | 0.00 |
| Account No. | | | | Business Debt | | | | |
| **Kiko's Produce, Inc.** **1820 W. Cermak Road** **Chicago, IL 60608** | X | - | | | | | | Unknown |
| Account No. | | | | Business Debt | | | | |
| **Kirk Tire Sales** **Car Care Center, Inc.** **3601 S. Western Blvd.** **Chicago, IL 60609** | X | - | | | | | | Unknown |
| Account No. | | | | Business Debt | | | | |
| **Klein's Quality Produce** **11N 590 Lawrence Road** **Burlington, IL 60109** | X | - | | | | | | Unknown |
| Account No. | | | | Business Debt | | | | |
| **La Hacienda Brands** **3000 S. Ashland Ave.** **Unit 4** **Chicago, IL 60608** | X | - | | | | | | Unknown |

Sheet no. __23__ of __39__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                     0.00

B6F (Official Form 6F) (12/07) - Cont.

In re  **Tom Bastounes** _____,  Case No. _____
                          Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Lange Logistics**<br>**16W277 83rd St  57A**<br>**Burr Ridge, IL 60527** | X | - | | | | | **Unknown** |
| Account No.<br><br>**Lange Trading Company**<br>**854 Freedom Blvd.**<br>**Watsonville, CA 95076** | X | - | | | | | **Unknown** |
| Account No.<br><br>**Local Teamsters 703**<br>**300 S. Ashland Ave.**<br>**Chicago, IL** | X | - | Pension withdrawal liability | | | | **3,500,000.00** |
| Account No.<br><br>**Local Teamsters 703**<br>**300 S. Ashland Ave.**<br>**Chicago, IL** | X | - | Monthly union contributions | | | | **200,000.00** |
| Account No.<br><br>**Loutos Motor Service**<br>**1019 W. 16th St.**<br>**Chicago, IL 60608** | X | - | Business Debt | | | | **Unknown** |

Sheet no. __24__ of __39__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)     **3,700,000.00**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Tom Bastounes** _____ ,   Case No. _____
                            Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| | | H W J C | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Account No. <br><br>**LTA Logistics Inc.** <br>**720 Prestwick Lane 403** <br>**Wheeling, IL 60090** | X | - | | | | | | 0.00 |
| Account No. <br><br>**Macke Water Systems** <br>**PO Box 545** <br>**Wheeling, IL 60090** | X | - | | **Business Debt** | | | | Unknown |
| Account No. <br><br>**Maktrans Logistics** <br>**10723 5th Ave. Cutoff #410** <br>**Countryside, IL 60525** | X | - | | | | | | Unknown |
| Account No. <br><br>**Mandolini Company** <br>**2404 S. Wolcott Ave.** <br>**Unit 28** <br>**Chicago, IL 60608** | X | - | | **Business Debt** | | | | Unknown |
| Account No. 226186 <br><br>**Mb Financial Bank** <br>**6111 N River Rd** <br>**Rosemont, IL 60018** | | - | | Opened  7/01/06  Last Active 12/31/10 <br>Unsecured | | | | 176,255.00 |

Sheet no. __25__ of __39__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    **176,255.00**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Tom Bastounes**                                                    ,   Case No. _____
                                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **159000218**<br><br>**MB Financial Bank**<br>**801 W. Madison St.**<br>**Chicago, IL 60607** | X | - | | | | | 0.00 |
| Account No.<br><br>**MB Financial Bank**<br>**801 W. Madison St.**<br>**Chicago, IL 60607** | X | - | Corporate guarantee | | | | 950,000.00 |
| Account No.<br><br>**MBT Transport, Inc.**<br>**5200 S. Lawndale Ave.**<br>**Summit Argo, IL 60501** | X | - | | | | | 0.00 |
| Account No.<br><br>**MichaelJ. Navilio**<br>**2404 S. Wolcott  Units 26-27**<br>**Chicago, IL 60608** | X | - | Business Debt | | | | Unknown |
| Account No. **5926631**<br><br>**Mrsi**<br>**2250 E Devon Ave Ste 352**<br>**Des Plaines, IL 60018** | X | - | Opened  5/01/05<br>CollectionAttorney Rush University Medical Center | | | | 148.00 |

Sheet no. __26__ of __39__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)   **950,148.00**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Tom Bastounes**                                          ,    Case No. _____

Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No. | | | | Business Debt | | | | |
| Muzak LLC PO Box 71070 Charlotte, NC 28272 | X | - | | | | | | Unknown |
| Account No. | | | | Business Debt | | | | |
| Natural Software Slot 303134 PO Box 66973 Chicago, IL 60666 | X | - | | | | | | Unknown |
| Account No. | | | | | | | | |
| Neiman Marcus P.O. Box Carol Stream, IL 60197-5235 | | - | | | | | | Unknown |
| Account No. | | | | Business Debt | | | | |
| New Era Produce 10560 San Marino Pointe Drive Unit 104 Miromar Lakes, FL 33913 | X | - | | | | | | Unknown |
| Account No. | | | | Business Debt | | | | |
| New York Apple Sales, Inc. 1580 Columbia TPKE- Ste 5 Castleton on Hudson, NY 12033 | X | - | | | | | | Unknown |

Sheet no. __27__ of __39__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                      **0.00**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Tom Bastounes**                                                    ,       Case No. _____
_____
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | Business Debt | | | | |
| Nico Mexi Food, Inc. 4115 W. Ogden Ave. Chicago, IL 60623 | X | - | | | | | | Unknown |
| Account No. | | | | Business Debt | | | | |
| North & Elston 1558 N. Elston Chicago, IL 60622 | X | - | | | | | | Unknown |
| Account No. | | | | Business Debt | | | | |
| Office Depot Credit Plan Dept. 56-4240506658 PO Box 689020 Des Moines, IA 50368 | X | - | | | | | | Unknown |
| Account No. | | | | Business Debt | | | | |
| Olympic Wholesale 2404 S. Wolcott Ave. Unit 15 Chicago, IL 60608 | X | - | | | | | | Unknown |
| Account No. | | | | Business Debt | | | | |
| Osco Incorporated PO Box 70 Lemont, IL 60439 | X | - | | | | | | Unknown |

Sheet no. __28__ of __39__ sheets attached to Schedule of       Subtotal                  0.00
Creditors Holding Unsecured Nonpriority Claims                 (Total of this page)

B6F (Official Form 6F) (12/07) - Cont.

In re   **Tom Bastounes**                                                          ,      Case No. _____
                                      Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. <br><br> **Paul Duggan** <br> **3220 W. 98th St.** <br> **Evergreen Park, IL 60805** | X | - | | | | | | 275,000.00 |
| Account No. <br><br> **Paul Duggan** <br> **3220 W. 98th St.** <br> **Evergreen Park, IL 60805** | X | - | | Business Loan | | | | 300,000.00 |
| Account No. <br><br> **Polhill Transfer** <br> **526 Hillside Lane** <br> **Stockton, IL 61085** | X | - | | | | | | 0.00 |
| Account No. 5100040843 <br><br> **Porsche Financial Srvc** <br> **4343 Commerce Ct #300** <br> **Lisle, IL 60532** | | - | | Opened 7/01/09 Last Active 12/31/10 <br> Automobile | | | | 86,745.00 |
| Account No. <br><br> **Produce Plus, Inc.** <br> **8 Greenwood Ave.** <br> **Romeoville, IL 60446** | X | - | | Business Debt | | | | Unknown |

Sheet no. __29__ of __39__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          **661,745.00**

B6F (Official Form 6F) (12/07) - Cont.

In re __Tom Bastounes__ _____,    Case No. _____

Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. | | | | Business Debt | | | | |
| Providencia Produce PO Box 12398 Chicago, IL 60612 | X | - | | | | | | Unknown |
| Account No. | | | | Business Debt | | | | |
| QTI, Inc. 7580 State Rd. Burbank, IL 60459 | X | - | | | | | | Unknown |
| Account No. | | | | Business Debt | | | | |
| Quality Food Products, Inc. 924 W. Randolph St. Chicago, IL 60607 | X | - | | | | | | Unknown |
| Account No. 03082421 | | | | Business Debt | | | | |
| Quill Corp. PO Box 94081 Palatine, IL 60094 | X | - | | | | | | Unknown |
| Account No. 303268153010 | | | | Opened 2/01/86 Last Active 6/01/04 Business Debt | | | | |
| Rnb-fields3 Po Box 9475 Minneapolis, MN 55440 | X | - | | | | | | Unknown |

Sheet no. __30__ of __39__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    **0.00**

B6F (Official Form 6F) (12/07) - Cont.

In re    **Tom Bastounes**                                              ,    Case No. _____
                                Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. | | | | Business Debt | | | | |
| **Robinson Trans - Chicago 1200 International Prkwy Suite 150 Woodridge, IL 60517** | X | - | | | | | | Unknown |
| Account No. | | | | Business Debt | | | | |
| **Russet Potato Exchange PO Box 330 Bancroft, WI 54921** | X | - | | | | | | Unknown |
| Account No. | | | | Business Debt | | | | |
| **Scattaglia Growers & Shippers PO Box 279 Traver, CA 93673** | X | - | | | | | | Unknown |
| Account No. | | | | Business Debt | | | | |
| **Seald Sweet West, LLC. PO Box 202472 Dallas, TX 75320** | X | - | | | | | | Unknown |
| Account No. | | | | Business Debt | | | | |
| **Seald-Sweet Growers P.O. Box 389 Fort Pierce, FL 34954-0398** | X | - | | | | | | Unknown |

Sheet no. __31__ of __39__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                    **0.00**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Tom Bastounes**                                                      ,   Case No. _____
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. <br><br>**Southern Produce/Agricap <br>PO Box 100364 <br>Pasadena, CA 91189** | X | - | | **Business Debt** | | | | **Unknown** |
| Account No. **868892120** <br><br>**Sprint <br>PO Box 4191 <br>Carol Stream, IL 60197** | X | - | | **Business Debt** | | | | **Unknown** |
| Account No. <br><br>**Standard Bank & Trust Co. <br>9321 Wicker Ave. <br>Saint John, IN 46373** | X | - | | **Business Debt** | | | | **8,200,000.00** |
| Account No. <br><br>**Standard Bank & Trust Co. <br>19997 S. LaGrange Road <br>Attn: Alean <br>Frankfort, IL 60423** | X | - | | | | | | **0.00** |
| Account No. <br><br>**Strube Celery & Vegetable <br>2404 S. Wolcott Ave. <br>Units 16-17-18-19-20 <br>Chicago, IL 60608** | X | - | | **Business Debt** | | | | **Unknown** |

Sheet no. __32__ of __39__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**8,200,000.00**

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com                                                      Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   **Tom Bastounes**                                    ,        Case No. _____
                              Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | | | | | |
| **Superior Truck Brokers P. O. Box 4324 Rio Rico, AZ 85648** | X | - | | | | | | **Unknown** |
| Account No. | | | | Business Debt | | | | |
| **T.J. Produce, Inc. 2551 Division St. Suite 103 Joliet, IL 60435** | X | - | | | | | | **Unknown** |
| Account No. | | | | Business debt | | | | |
| **The Estate of Dennis Nardoni c/o Capa Estate, Corp 5025 Columbia Ave. Hammond, IN 46327** | | - | | | | | | **300,000.00** |
| Account No. | | | | | | | | |
| **Tom Lange Co. Inc. 16W277 83rd St. Suite A Burr Ridge, IL 60527** | X | - | | | | | | **0.00** |
| Account No. | | | | | | | | |
| **Total Quality Logistics PO Box 799 Milford, OH 45150** | X | - | | | | | | **0.00** |

Sheet no. __33__ of __39__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                 **300,000.00**

B6F (Official Form 6F) (12/07) - Cont.

In re __Tom Bastounes_____,     Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | | |
| Account No. **02021-006 6HBE31#24470-71** | | | | | Business Debt | | | | |
| Toyota Financial Service PO Box 2431 Carol Stream, IL 60132 | X | - | | | | | | | |
| | | | | | | | | | Unknown |
| Account No. **02021-005 6WBW30#24193-98** | | | | | Business Debt | | | | |
| Toyota Financial Service PO Box 2431 Carol Stream, IL 60132 | X | - | | | | | | | |
| | | | | | | | | | Unknown |
| Account No. **6HBE30#24524-25** | | | | | Business Debt | | | | |
| Toyota Financial Service PO Box 2431 Carol Stream, IL 60132 | X | - | | | | | | | |
| | | | | | | | | | Unknown |
| Account No. **5FBE18#37639** | | | | | Business Debt | | | | |
| Toyota Financial Service PO Box 2431 Carol Stream, IL 60132 | X | - | | | | | | | |
| | | | | | | | | | Unknown |
| Account No. **5FBE18#37019-60** | | | | | Business Debt | | | | |
| Toyota Financial Service PO Box 2431 Carol Stream, IL 60132 | X | - | | | | | | | |
| | | | | | | | | | Unknown |

Sheet no. __34__ of __39__ sheets attached to Schedule of       Subtotal
Creditors Holding Unsecured Nonpriority Claims          (Total of this page)        **0.00**

B6F (Official Form 6F) (12/07) - Cont.

In re    **Tom Bastounes**                                                    ,    Case No. _____
                              Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | | |
| Account No. **02021-003 R2B4 P/RACKING** | | | | | Business Debt | | | | |
| Toyota Financial Service PO Box 2431 Carol Stream, IL 60132 | X | - | | | | | | | Unknown |
| Account No. **02021-003 6HBW20#17866-69** | | | | | Business Debt | | | | |
| Toyota Financial Service PO Box 2431 Carol Stream, IL 60132 | X | - | | | | | | | Unknown |
| Account No. **02021-004 6HBE30#26179** | | | | | Business Debt | | | | |
| Toyota Financial Service PO Box 2431 Carol Stream, IL 60132 | X | - | | | | | | | Unknown |
| Account No. **6HBE30#26492,26494&26495** | | | | | Business Debt | | | | |
| Toyota Financial Service PO Box 2431 Carol Stream, IL 60132 | X | - | | | | | | | Unknown |
| Account No. **6HBE30#27142** | | | | | Business Debt | | | | |
| Toyota Financial Service PO Box 2431 Carol Stream, IL 60132 | X | - | | | | | | | Unknown |

Sheet no. __35__ of __39__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                      0.00

B6F (Official Form 6F) (12/07) - Cont.

In re    **Tom Bastounes**                                                    ,    Case No. _____
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **6HBE30#27143** | | | | Business Debt | | | | |
| **Toyota Financial Service** **PO Box 2431** **Carol Stream, IL 60132** | X | - | | | | | | **Unknown** |
| Account No. **6HBE30#27144** | | | | Business Debt | | | | |
| **Toyota Financial Service** **PO Box 2431** **Carol Stream, IL 60132** | X | - | | | | | | **Unknown** |
| Account No. | | | | Business Debt | | | | |
| **Transit Services, Inc.** **PO Box 249** **Paulsboro, NJ 08066** | X | - | | | | | | **Unknown** |
| Account No. | | | | Business Debt | | | | |
| **Trucco, A.J.** **344 NYC Terminal MKT** **Bronx, NY 10474** | X | - | | | | | | **Unknown** |
| Account No. | | | | Business Debt | | | | |
| **Truong Enterprises, Inc.** **PO Box 804117** **Chicago, IL 60680** | X | - | | | | | | **Unknown** |

Sheet no. __36__ of __39__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                        **0.00**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Tom Bastounes**                                                      ,     Case No. _____
                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | Business Debt | | | | |
| Tuksa, Inc. 610 69th St. Darien, IL 60561 | X | - | | | | | | 4,445.00 |
| Account No. W211060034 | | | | Business Debt | | | | |
| USDA, AMS, F&V Fresh Branch PO Box 790306 Saint Louis, MO 63179 | X | - | | | | | | 125.00 |
| Account No. | | | | Business Debt | | | | |
| Veg-Fresh, Inc. 810 Edgewater Rd. Bronx, NY 10474 | X | - | | | | | | Unknown |
| Account No. | | | | Business Debt | | | | |
| Veg-Pro Inc. P.O. Box 635 Grant, MI 49327 | X | - | | | | | | Unknown |
| Account No. 865153197 | | | | Opened 8/01/10 Last Active 10/12/10 Automobile | | | | |
| Volkswagon Credit Inc c/o Brice, Vander, Linden and Wernick PC 9441 Lbj Freeway Suite 250 Dallas, TX 75243 | | - | | | | | | 61,186.00 |

Sheet no. __37__ of __39__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

65,756.00

B6F (Official Form 6F) (12/07) - Cont.

In re   **Tom Bastounes**                                          ,     Case No. _____
                                                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **865790856**<br><br>**Volkswagon Credit Inc**<br>**c/o Brice, Vander, Linden and Wernick PC**<br>**9441 Lbj Freeway Suite 250**<br>**Dallas, TX 75243** | - | | **Opened 10/01/10  Last Active 11/30/10**<br>**Automobile** | | | | **50,007.00** |
| Account No.<br><br>**Wayne Bailey Produce Co.**<br>**PO Box 467**<br>**Chadbourn, NC 28431** | X - | | **Business Debt** | | | | **Unknown** |
| Account No.<br><br>**West Coast Tomato, Inc.**<br>**PO Box 936**<br>**Palmetto, FL 34220** | X - | | **Business Debt** | | | | **Unknown** |
| Account No.<br><br>**West Wind Express**<br>**5125 W. Lake St.**<br>**Chicago, IL 60644** | X - | | | | | | **50,000.00** |
| Account No.<br><br>**William A. Parrillo**<br>**16 N. Clifton Ave.**<br>**Park Ridge, IL 60068** | X - | | **Business Debt** | | | | **Unknown** |

Sheet no. __38__ of __39__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**100,007.00**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Tom Bastounes**                                        ,    Case No. _____
                            Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> **Wolcott Realty** <br> **3220 W. 98th St.** <br> **Suite 201** <br> **Evergreen Park, IL 60805** | X | - | | | | | 0.00 |
| Account No. <br><br> **Woody's Tomato** <br> **P.O. Box 962** <br> **Palmetto, FL 34220** | X | - | Business Debt | | | | Unknown |
| Account No. <br><br> **Wurth Bros. Farms** <br> **1720 S. Friendship Rd.** <br> **Paduca, KY** | X | - | Business Debt | | | | Unknown |
| Account No. <br><br> **ZK Transport Inc.** <br> **P.O. Box 786** <br> **Bedford Park, IL 60499** | X | - | | | | | Unknown |
| Account No. <br><br> **Zone Mechanical** <br> **12539 Holiday Dr.  #A** <br> **Alsip, IL 60803** | X | - | Business Debt | | | | Unknown |

Sheet no. __39__ of __39__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) | **0.00**

Total
(Report on Summary of Schedules) | **19,726,826.79**

B6G (Official Form 6G) (12/07)

.

In re    **Tom Bastounes**                                                    ,    Case No. _____
                                    Debtor

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property.  Include any timeshare interests.  State nature of debtor's interest in contract, i.e., "Purchaser", "Agent", etc.  State whether debtor is the lessor or lessee of a lease.  Provide the names and complete mailing addresses of all other parties to each lease or contract described.  If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

■ Check this box if debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, Including Zip Code,<br>of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest.<br>State whether lease is for nonresidential real property.<br>State contract number of any government contract. |
|---|---|
| | |

**0**
_____ continuation sheets attached to Schedule of Executory Contracts and Unexpired Leases

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com                                                    Best Case Bankruptcy

B6H (Official Form 6H) (12/07)

.

In re    **Tom Bastounes**                                                              Case No. _____
_____,
                              Debtor

# SCHEDULE H - CODEBTORS

    Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors.  Include all guarantors and co-signers.  If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory.  Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case.  If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐  Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Auster Acquisitions**<br>**2404 S. Wolcott Ave.**<br>**Chicago, IL 60608** | **A&J Produce**<br>**P.O. Box**<br>**771221**<br>**Orlando, FL 32877** |
| **Auster Acquisitions**<br>**2404 S. Wolcott Ave.**<br>**Chicago, IL 60608** | **A&J Produce**<br>**P.O. Box**<br>**771221**<br>**Orlando, FL 32877** |
| **Auster Acquisitions**<br>**2404 S. Wolcott Ave.**<br>**Chicago, IL 60608** | **A.J. Trucco**<br>**344 NYC Terminal MKT**<br>**Bronx, NY 10474** |
| **Auster Acquisitions**<br>**2404 S. Wolcott Ave.**<br>**Chicago, IL 60608** | **Adam Bros. Produce Sales**<br>**PO Box 5987**<br>**Santa Maria, CA 93456** |
| **Auster Acquisitions**<br>**2404 S. Wolcott Ave.**<br>**Chicago, IL 60608** | **ADP, Inc.**<br>**PO Box 78415**<br>**Phoenix, AZ 85062** |
| **Auster Acquisitions**<br>**2404 S. Wolcott Ave.**<br>**Chicago, IL 60608** | **Advanced Logistics, LTD**<br>**246 Main St.**<br>**Sun Prairie, WI 53590** |
| **Auster Acquisitions**<br>**2404 S. Wolcott Ave.**<br>**Chicago, IL 60608** | **Agri-Mondo Inc.**<br>**23 E. 38th St.**<br>**Brant Beach, NJ 08008** |
| **Auster Acquisitions**<br>**2404 S. Wolcott Ave.**<br>**Chicago, IL 60608** | **Agricola Buen Ano**<br>**ABA 980511JV6**<br>**S DE R L DE C V** |
| **Auster Acquisitions**<br>**2404 S. Wolcott Ave.**<br>**Chicago, IL 60608** | **Agricola Zaragoza, Inc.**<br>**3602 W. Military Hwy. D-20**<br>**McAllen, TX 78503** |
| **Auster Acquisitions**<br>**2404 S. Wolcott Ave.**<br>**Chicago, IL 60608** | **Agrosale Inc.**<br>**PO Box 33197**<br>**1335 NW 21 Terr Bay 1**<br>**Miami, FL 33142** |
| **Auster Acquisitions**<br>**2404 S. Wolcott Ave.**<br>**Chicago, IL 60608** | **Allied Waste Services**<br>**Att. Carl Christl**<br>**2608 S. Damen**<br>**Chicago, IL 60608** |

**16**
_____ continuation sheets attached to Schedule of Codebtors

In re   **Tom Bastounes** _____ ,   Case No. _____

Debtor

# SCHEDULE H - CODEBTORS
(Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Auster Acquisitions**<br>**2404 S. Wolcott Ave.**<br>**Chicago, IL 60608** | **AMC Direct, Inc.**<br>**510 Heron Dr.**<br>**Suite 102**<br>**Swedesboro, NJ 08085** |
| **Auster Acquisitions**<br>**2404 S. Wolcott Ave.**<br>**Chicago, IL 60608** | **AT&T**<br>**PO Box 9001309**<br>**Louisville, KY 40290** |
| **Auster Acquisitions**<br>**2404 S. Wolcott Ave.**<br>**Chicago, IL 60608** | **AT&T Mobility**<br>**PO Box 6428**<br>**Carol Stream, IL 60197** |
| **Auster Acquisitions**<br>**2404 S. Wolcott Ave.**<br>**Chicago, IL 60608** | **Atlantic Express Corp.**<br>**Sullivan Hincks & Conway**<br>**120 West 22nd St., Suite 100**<br>**Oak Brook, IL 60523** |
| **Auster Acquisitions**<br>**2404 S. Wolcott Ave.**<br>**Chicago, IL 60608** | **Atlas Companies**<br>**5050 N. River Road**<br>**Schiller Park, IL 60176** |
| **Auster Acquisitions**<br>**2404 S. Wolcott Ave.**<br>**Chicago, IL 60608** | **Atlas Lift Truck Rentals**<br>**5050 N. River Road**<br>**Schiller Park, IL 60176** |
| **Auster Acquisitions**<br>**2404 S. Wolcott Ave.**<br>**Chicago, IL 60608** | **Atom Banana**<br>**2404 S. Wolcott Ave.**<br>**Unit 10-11-12**<br>**Chicago, IL 60608** |
| **Auster Acquisitions**<br>**2404 S. Wolcott Ave.**<br>**Chicago, IL 60608** | **Automatic Mechanical Serv**<br>**3733 N. Ventura Dr.**<br>**Arlington Heights, IL 60004** |
| **Auster Acquisitions**<br>**2404 S. Wolcott Ave.**<br>**Chicago, IL 60608** | **B.J. Produce**<br>**2404 S. Wolcott Ave.**<br>**Unit 22**<br>**Chicago, IL 60608** |
| **Auster Acquisitions**<br>**2404 S. Wolcott Ave.**<br>**Chicago, IL 60608** | **Bacchus Associates**<br>**4275 US Highway**<br>**#1 - 2nd Floor**<br>**Monmouth Junction, NJ 08852** |
| **Auster Acquisitions**<br>**2404 S. Wolcott Ave.**<br>**Chicago, IL 60608** | **Bacchus Fresh International**<br>**1920 S. Highland**<br>**Suite 125**<br>**Lombard, IL 60148** |
| **Auster Acquisitions**<br>**2404 S. Wolcott Ave.**<br>**Chicago, IL 60608** | **Basciani Foods, Inc.**<br>**3661 S. Iron**<br>**Chicago, IL 60609** |

Sheet ___**1**___ of ___**16**___ continuation sheets attached to the Schedule of Codebtors

In re    **Tom Bastounes**                                                                ,    Case No. _____

                                              Debtor

# SCHEDULE H - CODEBTORS
(Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Auster Acquisitions**<br>**2404 S. Wolcott Ave.**<br>**Chicago, IL 60608** | **Blue Cross/Blue Shield of Illinois**<br>**PO Box 1186**<br>**Chicago, IL 60690** |
| **Auster Acquisitions**<br>**2404 S. Wolcott Ave.**<br>**Chicago, IL 60608** | **Blue Cross/Blue Shield of Illinois**<br>**PO Box 1186**<br>**Chicago, IL 60690** |
| **Auster Acquisitions**<br>**2404 S. Wolcott Ave.**<br>**Chicago, IL 60608** | **Blue Cross/Blue Shield of Illinois**<br>**PO Box 2039**<br>**Aurora, IL 60507** |
| **Auster Acquisitions**<br>**2404 S. Wolcott Ave.**<br>**Chicago, IL 60608** | **Blue Island Wholesale Produce, Inc.**<br>**2320 S. Blue Island**<br>**Chicago, IL 60608** |
| **Auster Acquisitions**<br>**2404 S. Wolcott Ave.**<br>**Chicago, IL 60608** | **BP**<br>**PO Box 70887**<br>**Charlotte, NC 28272** |
| **Auster Acquisitions**<br>**2404 S. Wolcott Ave.**<br>**Chicago, IL 60608** | **Brooks Tropicals, Inc.**<br>**PO Box 900160**<br>**Flossmoor, FL 33090** |
| **Auster Acquisitions**<br>**2404 S. Wolcott Ave.**<br>**Chicago, IL 60608** | **C.H. Robinson Co.**<br>**1200 Internationale Pkwy**<br>**Suite 150**<br>**Woodridge, IL 60517** |
| **Auster Acquisitions**<br>**2404 S. Wolcott Ave.**<br>**Chicago, IL 60608** | **Capitol Produce**<br>**1501 S. Blue Island**<br>**Chicago, IL 60608** |
| **Auster Acquisitions**<br>**2404 S. Wolcott Ave.**<br>**Chicago, IL 60608** | **Carmichael Leasing Co. Inc.**<br>**PO Box 607899**<br>**Chicago, IL 60660** |
| **Auster Acquisitions**<br>**2404 S. Wolcott Ave.**<br>**Chicago, IL 60608** | **Central American Prod, Inc.**<br>**1500 W. Atlantic Blvd.**<br>**Pompano Beach, FL 33069** |
| **Auster Acquisitions**<br>**2404 S. Wolcott Ave.**<br>**Chicago, IL 60608** | **Central Washington Market**<br>**770 N. 80th Ave.**<br>**Yakima, WA 98908** |
| **Auster Acquisitions**<br>**2404 S. Wolcott Ave.**<br>**Chicago, IL 60608** | **Central West Produce**<br>**511 E. Main Street**<br>**Suite B**<br>**Santa Maria, CA 93454** |

Sheet __2__ of __16__ continuation sheets attached to the Schedule of Codebtors

In re   **Tom Bastounes**                                    , Case No. _____
                          Debtor

## SCHEDULE H - CODEBTORS
(Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Auster Acquisitions**<br>**2404 S. Wolcott Ave.**<br>**Chicago, IL 60608** | **Chicago Area I.B. of T-HW**<br>**Health and Welfare**<br>**PO Box 94473**<br>**Chicago, IL 60674** |
| **Auster Acquisitions**<br>**2404 S. Wolcott Ave.**<br>**Chicago, IL 60608** | **Chicago Area I.B. of T-PF**<br>**Pension Fund**<br>**PO Box 94473**<br>**Chicago, IL 60674** |
| **Auster Acquisitions**<br>**2404 S. Wolcott Ave.**<br>**Chicago, IL 60608** | **Chicago Area I.B. of T-SR**<br>**Severance & Retirement**<br>**PO Box 94473**<br>**Chicago, IL 60674** |
| **Auster Acquisitions**<br>**2404 S. Wolcott Ave.**<br>**Chicago, IL 60608** | **City Wide Produce**<br>**2401 S. Wolcott Ave.**<br>**Unit 29-30**<br>**Chicago, IL 60608** |
| **Auster Acquisitions**<br>**2404 S. Wolcott Ave.**<br>**Chicago, IL 60608** | **Com Ed**<br>**PO Box 6111**<br>**Carol Stream, IL 60197** |
| **Auster Acquisitions**<br>**2404 S. Wolcott Ave.**<br>**Chicago, IL 60608** | **Com Ed**<br>**PO Box 6111**<br>**Carol Stream, IL 60197** |
| **Auster Acquisitions**<br>**2404 S. Wolcott Ave.**<br>**Chicago, IL 60608** | **Coosemans Chicago, Inc.** |
| **Auster Acquisitions**<br>**2404 S. Wolcott Ave.**<br>**Chicago, IL 60608** | **County Line Transport, Inc.**<br>**P.O. Box 625**<br>**Lee Summit, MO 64063** |
| **Auster Acquisitions**<br>**2404 S. Wolcott Ave.**<br>**Chicago, IL 60608** | **Dayka & Hackett LLC**<br>**PO Box 1148**<br>**Reedley, CA 93654** |
| **Auster Acquisitions**<br>**2404 S. Wolcott Ave.**<br>**Chicago, IL 60608** | **Degroot's Vegetable Farms**<br>**8648 E. 4500 S. Road**<br>**Saint Anne, IL 60964** |
| **Auster Acquisitions**<br>**2404 S. Wolcott Ave.**<br>**Chicago, IL 60608** | **Demis Printing, Inc.**<br>**5412 W. Berteau Ave.**<br>**Chicago, IL 60641** |
| **Auster Acquisitions**<br>**2404 S. Wolcott Ave.**<br>**Chicago, IL 60608** | **Dietz & Kolodenko Co.**<br>**2404 S. Wolcott Ave.**<br>**Units 24-25**<br>**Chicago, IL 60608** |

Sheet __3__ of __16__ continuation sheets attached to the Schedule of Codebtors

In re    **Tom Bastounes**                                                          ,    Case No. _____
                                          Debtor

# SCHEDULE H - CODEBTORS
### (Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Auster Acquisitions**<br>**2404 S. Wolcott Ave.**<br>**Chicago, IL 60608** | **Domex Corporation**<br>**Lock Box 773448**<br>**3448 Solutions Center**<br>**Chicago, IL 60677** |
| **Auster Acquisitions**<br>**2404 S. Wolcott Ave.**<br>**Chicago, IL 60608** | **Domex Marketing School Program**<br>**151 Low Road**<br>**Yakima, WA 98908** |
| **Auster Acquisitions**<br>**2404 S. Wolcott Ave.**<br>**Chicago, IL 60608** | **EJ's Logistics & Farming LLC**<br>**4425 E. Agave Road**<br>**Suite 138**<br>**Phoenix, AZ 85044** |
| **Auster Acquisitions**<br>**2404 S. Wolcott Ave.**<br>**Chicago, IL 60608** | **EJ's Produce Sales Inc.**<br>**4425 E. Agave Road**<br>**Suite 138**<br>**Phoenix, AZ 85044** |
| **Auster Acquisitions**<br>**2404 S. Wolcott Ave.**<br>**Chicago, IL 60608** | **El Pipila**<br>**1947-49 West Division St.**<br>**Chicago, IL 60622** |
| **Auster Acquisitions**<br>**2404 S. Wolcott Ave.**<br>**Chicago, IL 60608** | **Emerald Packing Co., Inc.**<br>**PO Box 547914**<br>**Orlando, FL 32854** |
| **Auster Acquisitions**<br>**2404 S. Wolcott Ave.**<br>**Chicago, IL 60608** | **Enrique Produce Inc**<br>**2444 S. Blue Island Ave**<br>**Chicago, IL 60608** |
| **Auster Acquisitions**<br>**2404 S. Wolcott Ave.**<br>**Chicago, IL 60608** | **Euro Trucking**<br>**2250 Moen Road**<br>**Suite 101**<br>**Rockdale, IL 60436** |
| **Auster Acquisitions**<br>**2404 S. Wolcott Ave.**<br>**Chicago, IL 60608** | **Evergreen International Produce**<br>**2404 S. Wolcott Ave.**<br>**Units 8-9**<br>**Chicago, IL 60608** |
| **Auster Acquisitions**<br>**2404 S. Wolcott Ave.**<br>**Chicago, IL 60608** | **Evergreen Veg & Fruit, Inc.** |
| **Auster Acquisitions**<br>**2404 S. Wolcott Ave.**<br>**Chicago, IL 60608** | **Everyday Fresh**<br>**5301 S. Kildare**<br>**Chicago, IL 60632** |
| **Auster Acquisitions**<br>**2404 S. Wolcott Ave.**<br>**Chicago, IL 60608** | **Federal Express Corp.**<br>**PO Box 94515**<br>**Palatine, IL 60094** |

Sheet __4__ of __16__ continuation sheets attached to the Schedule of Codebtors

In re    **Tom Bastounes**

,    Case No. _____

Debtor

# SCHEDULE H - CODEBTORS
(Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Auster Acquisitions**<br>**2404 S. Wolcott Ave.**<br>**Chicago, IL 60608** | **Fireman's Fund Ins. Co.**<br>**CH 0162**<br>**Palatine, IL 60055** |
| **Auster Acquisitions**<br>**2404 S. Wolcott Ave.**<br>**Chicago, IL 60608** | **Freight All Kinds**<br>**P.O. Box 3187**<br>**Denver, CO 80217-5187** |
| **Auster Acquisitions**<br>**2404 S. Wolcott Ave.**<br>**Chicago, IL 60608** | **Fresh Veg Distributing**<br>**PO Box 970608**<br>**Boca Raton, FL 33497** |
| **Auster Acquisitions**<br>**2404 S. Wolcott Ave.**<br>**Chicago, IL 60608** | **George J. Cornille & So** |
| **Auster Acquisitions**<br>**2404 S. Wolcott Ave.**<br>**Chicago, IL 60608** | **Georgia Vegetable Co., Inc.**<br>**PO Box 2037**<br>**Tifton, GA 31793** |
| **Auster Acquisitions**<br>**2404 S. Wolcott Ave.**<br>**Chicago, IL 60608** | **Grofresh**<br>**1441 Brewster Creek Blvd.**<br>**Bartlett, IL 60103** |
| **Auster Acquisitions**<br>**2404 S. Wolcott Ave.**<br>**Chicago, IL 60608** | **Horton Fruit Co.**<br>**4701 Jennings Lane**<br>**Louisville, KY 40218-2967** |
| **Auster Acquisitions**<br>**2404 S. Wolcott Ave.**<br>**Chicago, IL 60608** | **Hugh H. Branch Inc.**<br>**PO Box 598**<br>**Pahokee, FL 33476** |
| **Auster Acquisitions**<br>**2404 S. Wolcott Ave.**<br>**Chicago, IL 60608** | **Hughes & Associates P.C.**<br>**19815 Governors Hwy**<br>**Suite 11**<br>**Flossmoor, IL 60422** |
| **Auster Acquisitions**<br>**2404 S. Wolcott Ave.**<br>**Chicago, IL 60608** | **Hughes Produce Sales, Inc.**<br>**PO Box 207**<br>**Salinas, CA 93902** |
| **Auster Acquisitions**<br>**2404 S. Wolcott Ave.**<br>**Chicago, IL 60608** | **Indiana Insurance**<br>**P.O. Box 7906**<br>**Loveland, OH 45140-7906** |
| **Auster Acquisitions**<br>**2404 S. Wolcott Ave.**<br>**Chicago, IL 60608** | **Ipiphany LLC**<br>**Department #4510**<br>**1600 Golf Rd. Suite 700**<br>**Rolling Meadows, IL 60008** |
| **Auster Acquisitions**<br>**2404 S. Wolcott Ave.**<br>**Chicago, IL 60608** | **J L Gonzales Produce**<br>**2404 S. Wolcott**<br>**Chicago, IL 60608** |

Sheet __5__ of __16__ continuation sheets attached to the Schedule of Codebtors

In re    **Tom Bastounes**

_____,    Case No. _____

Debtor

## SCHEDULE H - CODEBTORS
(Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Auster Acquisitions**<br>**2404 S. Wolcott Ave.**<br>**Chicago, IL 60608** | **J L Gonzales Produce**<br>**2404 S. Wolcott**<br>**Units 6-7**<br>**Chicago, IL 60608** |
| **Auster Acquisitions**<br>**2404 S. Wolcott Ave.**<br>**Chicago, IL 60608** | **J&S Produce**<br>**2300 W. Lake St.**<br>**Chicago, IL 60612** |
| **Auster Acquisitions**<br>**2404 S. Wolcott Ave.**<br>**Chicago, IL 60608** | **Jab Produce, Inc.**<br>**2404 S. Wolcott Ave.**<br>**Unit 23**<br>**Chicago, IL 60608** |
| **Auster Acquisitions**<br>**2404 S. Wolcott Ave.**<br>**Chicago, IL 60608** | **Jack Brown Produce, Inc.**<br>**8035 Fruit Ridge Ave N.W.**<br>**Sparta, MI 49345** |
| **Auster Acquisitions**<br>**2404 S. Wolcott Ave.**<br>**Chicago, IL 60608** | **Jack Tuchten Whole Produce**<br>**2404 S. Wolcott**<br>**Unit 31**<br>**Chicago, IL 60608** |
| **Auster Acquisitions**<br>**2404 S. Wolcott Ave.**<br>**Chicago, IL 60608** | **Jackson Boulevard Capital**<br>**3220 W. 98th St.**<br>**Suite 201**<br>**Evergreen Park, IL 60805** |
| **Auster Acquisitions**<br>**2404 S. Wolcott Ave.**<br>**Chicago, IL 60608** | **Jackson Logistics**<br>**2404 S. Wolcott Ave.**<br>**Unit 14**<br>**Chicago, IL 60608** |
| **Auster Acquisitions**<br>**2404 S. Wolcott Ave.**<br>**Chicago, IL 60608** | **John Young**<br>**4699 Jamboree Rd.**<br>**Newport Beach, CA 92660** |
| **Auster Acquisitions**<br>**2404 S. Wolcott Ave.**<br>**Chicago, IL 60608** | **Jonathon Swift Trans**<br>**6138  W 55th St**<br>**Chicago, IL 60638** |
| **Auster Acquisitions**<br>**2404 S. Wolcott Ave.**<br>**Chicago, IL 60608** | **Jordan, Kowal & Apostol, LLC.**<br>**222 South Riverside Plaza**<br>**Suite 1550**<br>**Chicago, IL 60606-6016** |
| **Auster Acquisitions**<br>**2404 S. Wolcott Ave.**<br>**Chicago, IL 60608** | **Junior Produce**<br>**2541 S. Damen Ave.**<br>**Unit A**<br>**Chicago, IL 60608** |

Sheet __**6**__ of __**16**__ continuation sheets attached to the Schedule of Codebtors

In re    **Tom Bastounes**                                                            ,    Case No. _____

                                              Debtor

# SCHEDULE H - CODEBTORS
(Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Auster Acquisitions**<br>**2404 S. Wolcott Ave.**<br>**Chicago, IL 60608** | **K&M Trucking**<br>**P.O. Box 2501**<br>**Lubbock, TX 79408** |
| **Auster Acquisitions**<br>**2404 S. Wolcott Ave.**<br>**Chicago, IL 60608** | **Keith Connell, Inc.**<br>**21 Calle Cristina**<br>**Rio Rico, AZ 85648** |
| **Auster Acquisitions**<br>**2404 S. Wolcott Ave.**<br>**Chicago, IL 60608** | **Kgb International Inc.**<br>**1175 Shaw Ave.**<br>**#104**<br>**Clovis, CA 93612** |
| **Auster Acquisitions**<br>**2404 S. Wolcott Ave.**<br>**Chicago, IL 60608** | **Kiko's Produce, Inc.**<br>**1820 W. Cermak Road**<br>**Chicago, IL 60608** |
| **Auster Acquisitions**<br>**2404 S. Wolcott Ave.**<br>**Chicago, IL 60608** | **Kirk Tire Sales**<br>**Car Care Center, Inc.**<br>**3601 S. Western Blvd.**<br>**Chicago, IL 60609** |
| **Auster Acquisitions**<br>**2404 S. Wolcott Ave.**<br>**Chicago, IL 60608** | **Klein's Quality Produce**<br>**11N 590 Lawrence Road**<br>**Burlington, IL 60109** |
| **Auster Acquisitions**<br>**2404 S. Wolcott Ave.**<br>**Chicago, IL 60608** | **La Hacienda Brands**<br>**3000 S. Ashland Ave.**<br>**Unit 4**<br>**Chicago, IL 60608** |
| **Auster Acquisitions**<br>**2404 S. Wolcott Ave.**<br>**Chicago, IL 60608** | **Lange Logistics**<br>**16W277 83rd St  57A**<br>**Burr Ridge, IL 60527** |
| **Auster Acquisitions**<br>**2404 S. Wolcott Ave.**<br>**Chicago, IL 60608** | **Lange Trading Company**<br>**854 Freedom Blvd.**<br>**Watsonville, CA 95076** |
| **Auster Acquisitions**<br>**2404 S. Wolcott Ave.**<br>**Chicago, IL 60608** | **Local Teamsters 703**<br>**300 S. Ashland Ave.**<br>**Chicago, IL** |
| **Auster Acquisitions**<br>**2404 S. Wolcott Ave.**<br>**Chicago, IL 60608** | **Local Teamsters 703**<br>**300 S. Ashland Ave.**<br>**Chicago, IL** |
| **Auster Acquisitions**<br>**2404 S. Wolcott Ave.**<br>**Chicago, IL 60608** | **Loutos Motor Service**<br>**1019 W. 16th St.**<br>**Chicago, IL 60608** |

Sheet   __7__   of   __16__   continuation sheets attached to the Schedule of Codebtors

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com                                Best Case Bankruptcy

In re   **Tom Bastounes**   ,   Case No. _____

                       Debtor

# SCHEDULE H - CODEBTORS
### (Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Auster Acquisitions**<br>**2404 S. Wolcott Ave.**<br>**Chicago, IL 60608** | **LTA Logistics Inc.**<br>**720 Prestwick Lane 403**<br>**Wheeling, IL 60090** |
| **Auster Acquisitions**<br>**2404 S. Wolcott Ave.**<br>**Chicago, IL 60608** | **Macke Water Systems**<br>**PO Box 545**<br>**Wheeling, IL 60090** |
| **Auster Acquisitions**<br>**2404 S. Wolcott Ave.**<br>**Chicago, IL 60608** | **Maktrans Logistics**<br>**10723 5th Ave. Cutoff #410**<br>**Countryside, IL 60525** |
| **Auster Acquisitions**<br>**2404 S. Wolcott Ave.**<br>**Chicago, IL 60608** | **Mandolini Company**<br>**2404 S. Wolcott Ave.**<br>**Unit 28**<br>**Chicago, IL 60608** |
| **Auster Acquisitions**<br>**2404 S. Wolcott Ave.**<br>**Chicago, IL 60608** | **MB Financial Bank**<br>**801 W. Madison St.**<br>**Chicago, IL 60607** |
| **Auster Acquisitions**<br>**2404 S. Wolcott Ave.**<br>**Chicago, IL 60608** | **MBT Transport, Inc.**<br>**5200 S. Lawndale Ave.**<br>**Summit Argo, IL 60501** |
| **Auster Acquisitions**<br>**2404 S. Wolcott Ave.**<br>**Chicago, IL 60608** | **MichaelJ. Navilio**<br>**2404 S. Wolcott  Units 26-27**<br>**Chicago, IL 60608** |
| **Auster Acquisitions**<br>**2404 S. Wolcott Ave.**<br>**Chicago, IL 60608** | **Mrsi**<br>**2250 E Devon Ave Ste 352**<br>**Des Plaines, IL 60018** |
| **Auster Acquisitions**<br>**2404 S. Wolcott Ave.**<br>**Chicago, IL 60608** | **Muzak LLC**<br>**PO Box 71070**<br>**Charlotte, NC 28272** |
| **Auster Acquisitions**<br>**2404 S. Wolcott Ave.**<br>**Chicago, IL 60608** | **Natural Software**<br>**Slot 303134**<br>**PO Box 66973**<br>**Chicago, IL 60666** |
| **Auster Acquisitions**<br>**2404 S. Wolcott Ave.**<br>**Chicago, IL 60608** | **New Era Produce**<br>**10560 San Marino Pointe Drive**<br>**Unit 104**<br>**Miromar Lakes, FL 33913** |
| **Auster Acquisitions**<br>**2404 S. Wolcott Ave.**<br>**Chicago, IL 60608** | **New York Apple Sales, Inc.**<br>**1580 Columbia TPKE- Ste 5**<br>**Castleton on Hudson, NY 12033** |

Sheet __8__ of __16__ continuation sheets attached to the Schedule of Codebtors

In re   **Tom Bastounes**                                              ,   Case No. _____
                                    Debtor

## SCHEDULE H - CODEBTORS
(Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Auster Acquisitions**<br>**2404 S. Wolcott Ave.**<br>**Chicago, IL 60608** | **Nico Mexi Food, Inc.**<br>**4115 W. Ogden Ave.**<br>**Chicago, IL 60623** |
| **Auster Acquisitions**<br>**2404 S. Wolcott Ave.**<br>**Chicago, IL 60608** | **North & Elston**<br>**1558 N. Elston**<br>**Chicago, IL 60622** |
| **Auster Acquisitions**<br>**2404 S. Wolcott Ave.**<br>**Chicago, IL 60608** | **Office Depot Credit Plan**<br>**Dept. 56-4240506658**<br>**PO Box 689020**<br>**Des Moines, IA 50368** |
| **Auster Acquisitions**<br>**2404 S. Wolcott Ave.**<br>**Chicago, IL 60608** | **Olympic Wholesale**<br>**2404 S. Wolcott Ave.**<br>**Unit 15**<br>**Chicago, IL 60608** |
| **Auster Acquisitions**<br>**2404 S. Wolcott Ave.**<br>**Chicago, IL 60608** | **Osco Incorporated**<br>**PO Box 70**<br>**Lemont, IL 60439** |
| **Auster Acquisitions**<br>**2404 S. Wolcott Ave.**<br>**Chicago, IL 60608** | **Paul Duggan**<br>**3220 W. 98th St.**<br>**Evergreen Park, IL 60805** |
| **Auster Acquisitions**<br>**2404 S. Wolcott Ave.**<br>**Chicago, IL 60608** | **Paul Duggan**<br>**3220 W. 98th St.**<br>**Evergreen Park, IL 60805** |
| **Auster Acquisitions**<br>**2404 S. Wolcott Ave.**<br>**Chicago, IL 60608** | **Polhill Transfer**<br>**526 Hillside Lane**<br>**Stockton, IL 61085** |
| **Auster Acquisitions**<br>**2404 S. Wolcott Ave.**<br>**Chicago, IL 60608** | **Produce Plus, Inc.**<br>**8 Greenwood Ave.**<br>**Romeoville, IL 60446** |
| **Auster Acquisitions**<br>**2404 S. Wolcott Ave.**<br>**Chicago, IL 60608** | **Providencia Produce**<br>**PO Box 12398**<br>**Chicago, IL 60612** |
| **Auster Acquisitions**<br>**2404 S. Wolcott Ave.**<br>**Chicago, IL 60608** | **QTI, Inc.**<br>**7580 State Rd.**<br>**Burbank, IL 60459** |
| **Auster Acquisitions**<br>**2404 S. Wolcott Ave.**<br>**Chicago, IL 60608** | **Quality Food Products, Inc.**<br>**924 W. Randolph St.**<br>**Chicago, IL 60607** |
| **Auster Acquisitions**<br>**2404 S. Wolcott Ave.**<br>**Chicago, IL 60608** | **Quill Corp.**<br>**PO Box 94081**<br>**Palatine, IL 60094** |

Sheet __9__ of __16__ continuation sheets attached to the Schedule of Codebtors

In re    **Tom Bastounes**                                                    ,    Case No. _____
                                                    Debtor

# SCHEDULE H - CODEBTORS
(Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Auster Acquisitions**<br>**2404 S. Wolcott Ave.**<br>**Chicago, IL 60608** | **Rnb-fields3**<br>**Po Box 9475**<br>**Minneapolis, MN 55440** |
| **Auster Acquisitions**<br>**2404 S. Wolcott Ave.**<br>**Chicago, IL 60608** | **Robinson Trans - Chicago**<br>**1200 International Prkwy**<br>**Suite 150**<br>**Woodridge, IL 60517** |
| **Auster Acquisitions**<br>**2404 S. Wolcott Ave.**<br>**Chicago, IL 60608** | **Russet Potato Exchange**<br>**PO Box 330**<br>**Bancroft, WI 54921** |
| **Auster Acquisitions**<br>**2404 S. Wolcott Ave.**<br>**Chicago, IL 60608** | **Scattaglia Growers & Shippers**<br>**PO Box 279**<br>**Traver, CA 93673** |
| **Auster Acquisitions**<br>**2404 S. Wolcott Ave.**<br>**Chicago, IL 60608** | **Seald Sweet West, LLC.**<br>**PO Box 202472**<br>**Dallas, TX 75320** |
| **Auster Acquisitions**<br>**2404 S. Wolcott Ave.**<br>**Chicago, IL 60608** | **Seald-Sweet Growers**<br>**P.O. Box 389**<br>**Fort Pierce, FL 34954-0398** |
| **Auster Acquisitions**<br>**2404 S. Wolcott Ave.**<br>**Chicago, IL 60608** | **Southern Produce/Agricap**<br>**PO Box 100364**<br>**Pasadena, CA 91189** |
| **Auster Acquisitions**<br>**2404 S. Wolcott Ave.**<br>**Chicago, IL 60608** | **Sprint**<br>**PO Box 4191**<br>**Carol Stream, IL 60197** |
| **Auster Acquisitions**<br>**2404 S. Wolcott Ave.**<br>**Chicago, IL 60608** | **Standard Bank & Trust Co.**<br>**9321 Wicker Ave.**<br>**Saint John, IN 46373** |
| **Auster Acquisitions**<br>**2404 S. Wolcott Ave.**<br>**Chicago, IL 60608** | **Standard Bank & Trust Co.**<br>**19997 S. LaGrange Road**<br>**Attn: Alean**<br>**Frankfort, IL 60423** |
| **Auster Acquisitions**<br>**2404 S. Wolcott Ave.**<br>**Chicago, IL 60608** | **Strube Celery & Vegetable**<br>**2404 S. Wolcott Ave.**<br>**Units 16-17-18-19-20**<br>**Chicago, IL 60608** |
| **Auster Acquisitions**<br>**2404 S. Wolcott Ave.**<br>**Chicago, IL 60608** | **Superior Truck Brokers**<br>**P. O. Box 4324**<br>**Rio Rico, AZ 85648** |

Sheet __**10**__ of __**16**__ continuation sheets attached to the Schedule of Codebtors

In re    **Tom Bastounes**                                                    ,   Case No. _____
_____
Debtor

# SCHEDULE H - CODEBTORS
(Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Auster Acquisitions**<br>**2404 S. Wolcott Ave.**<br>**Chicago, IL 60608** | **T.J. Produce, Inc.**<br>**2551 Division St.**<br>**Suite 103**<br>**Joliet, IL 60435** |
| **Auster Acquisitions**<br>**2404 S. Wolcott Ave.**<br>**Chicago, IL 60608** | **Tom Lange Co. Inc.**<br>**16W277 83rd St.**<br>**Suite A**<br>**Burr Ridge, IL 60527** |
| **Auster Acquisitions**<br>**2404 S. Wolcott Ave.**<br>**Chicago, IL 60608** | **Total Quality Logistics**<br>**PO Box 799**<br>**Milford, OH 45150** |
| **Auster Acquisitions**<br>**2404 S. Wolcott Ave.**<br>**Chicago, IL 60608** | **Toyota Financial Service**<br>**PO Box 2431**<br>**Carol Stream, IL 60132** |
| **Auster Acquisitions**<br>**2404 S. Wolcott Ave.**<br>**Chicago, IL 60608** | **Toyota Financial Service**<br>**PO Box 2431**<br>**Carol Stream, IL 60132** |
| **Auster Acquisitions**<br>**2404 S. Wolcott Ave.**<br>**Chicago, IL 60608** | **Toyota Financial Service**<br>**PO Box 2431**<br>**Carol Stream, IL 60132** |
| **Auster Acquisitions**<br>**2404 S. Wolcott Ave.**<br>**Chicago, IL 60608** | **Toyota Financial Service**<br>**PO Box 2431**<br>**Carol Stream, IL 60132** |
| **Auster Acquisitions**<br>**2404 S. Wolcott Ave.**<br>**Chicago, IL 60608** | **Toyota Financial Service**<br>**PO Box 2431**<br>**Carol Stream, IL 60132** |
| **Auster Acquisitions**<br>**2404 S. Wolcott Ave.**<br>**Chicago, IL 60608** | **Toyota Financial Service**<br>**PO Box 2431**<br>**Carol Stream, IL 60132** |
| **Auster Acquisitions**<br>**2404 S. Wolcott Ave.**<br>**Chicago, IL 60608** | **Toyota Financial Service**<br>**PO Box 2431**<br>**Carol Stream, IL 60132** |
| **Auster Acquisitions**<br>**2404 S. Wolcott Ave.**<br>**Chicago, IL 60608** | **Toyota Financial Service**<br>**PO Box 2431**<br>**Carol Stream, IL 60132** |
| **Auster Acquisitions**<br>**2404 S. Wolcott Ave.**<br>**Chicago, IL 60608** | **Toyota Financial Service**<br>**PO Box 2431**<br>**Carol Stream, IL 60132** |
| **Auster Acquisitions**<br>**2404 S. Wolcott Ave.**<br>**Chicago, IL 60608** | **Toyota Financial Service**<br>**PO Box 2431**<br>**Carol Stream, IL 60132** |

Sheet __11__ of __16__ continuation sheets attached to the Schedule of Codebtors

In re    **Tom Bastounes**
_____,    Case No. _____
                            Debtor

# SCHEDULE H - CODEBTORS
(Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Auster Acquisitions**<br>**2404 S. Wolcott Ave.**<br>**Chicago, IL 60608** | **Toyota Financial Service**<br>**PO Box 2431**<br>**Carol Stream, IL 60132** |
| **Auster Acquisitions**<br>**2404 S. Wolcott Ave.**<br>**Chicago, IL 60608** | **Toyota Financial Service**<br>**PO Box 2431**<br>**Carol Stream, IL 60132** |
| **Auster Acquisitions**<br>**2404 S. Wolcott Ave.**<br>**Chicago, IL 60608** | **Transit Services, Inc.**<br>**PO Box 249**<br>**Paulsboro, NJ 08066** |
| **Auster Acquisitions**<br>**2404 S. Wolcott Ave.**<br>**Chicago, IL 60608** | **Trucco, A.J.**<br>**344 NYC Terminal MKT**<br>**Bronx, NY 10474** |
| **Auster Acquisitions**<br>**2404 S. Wolcott Ave.**<br>**Chicago, IL 60608** | **Truong Enterprises, Inc.**<br>**PO Box 804117**<br>**Chicago, IL 60680** |
| **Auster Acquisitions**<br>**2404 S. Wolcott Ave.**<br>**Chicago, IL 60608** | **USDA, AMS, F&V Fresh Branch**<br>**PO Box 790306**<br>**Saint Louis, MO 63179** |
| **Auster Acquisitions**<br>**2404 S. Wolcott Ave.**<br>**Chicago, IL 60608** | **Veg-Fresh, Inc.**<br>**810 Edgewater Rd.**<br>**Bronx, NY 10474** |
| **Auster Acquisitions**<br>**2404 S. Wolcott Ave.**<br>**Chicago, IL 60608** | **Veg-Pro Inc.**<br>**P.O. Box 635**<br>**Grant, MI 49327** |
| **Auster Acquisitions**<br>**2404 S. Wolcott Ave.**<br>**Chicago, IL 60608** | **Wayne Bailey Produce Co.**<br>**PO Box 467**<br>**Chadbourn, NC 28431** |
| **Auster Acquisitions**<br>**2404 S. Wolcott Ave.**<br>**Chicago, IL 60608** | **West Coast Tomato, Inc.**<br>**PO Box 936**<br>**Palmetto, FL 34220** |
| **Auster Acquisitions**<br>**2404 S. Wolcott Ave.**<br>**Chicago, IL 60608** | **West Wind Express**<br>**5125 W. Lake St.**<br>**Chicago, IL 60644** |
| **Auster Acquisitions**<br>**2404 S. Wolcott Ave.**<br>**Chicago, IL 60608** | **William A. Parrillo**<br>**16 N. Clifton Ave.**<br>**Park Ridge, IL 60068** |
| **Auster Acquisitions**<br>**2404 S. Wolcott Ave.**<br>**Chicago, IL 60608** | **Wolcott Realty**<br>**3220 W. 98th St.**<br>**Suite 201**<br>**Evergreen Park, IL 60805** |

Sheet __12__ of __16__ continuation sheets attached to the Schedule of Codebtors

In re   **Tom Bastounes**                                         , Case No. _____

                                        Debtor

# SCHEDULE H - CODEBTORS
### (Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Auster Acquisitions**<br>**2404 S. Wolcott Ave.**<br>**Chicago, IL 60608** | **Woody's Tomato**<br>**P.O. Box 962**<br>**Palmetto, FL 34220** |
| **Auster Acquisitions**<br>**2404 S. Wolcott Ave.**<br>**Chicago, IL 60608** | **Wurth Bros. Farms**<br>**1720 S. Friendship Rd.**<br>**Paduca, KY** |
| **Auster Acquisitions**<br>**2404 S. Wolcott Ave.**<br>**Chicago, IL 60608** | **ZK Transport Inc.**<br>**P.O. Box 786**<br>**Bedford Park, IL 60499** |
| **Auster Acquisitions**<br>**2404 S. Wolcott Ave.**<br>**Chicago, IL 60608** | **Zone Mechanical**<br>**12539 Holiday Dr.  #A**<br>**Alsip, IL 60803** |
| **Jackson Logistics**<br>**2404 S. Wolcott**<br>**Chicago, IL 60608** | **MB Financial Bank**<br>**801 W. Madison St.**<br>**Chicago, IL 60607** |
| **Jackson Logistics**<br>**2404 S. Wolcott**<br>**Chicago, IL 60608** | **Artann Express**<br>**3423 N. Osceola Ave.**<br>**Chicago, IL 60634** |
| **Jackson Logistics**<br>**2404 S. Wolcott**<br>**Chicago, IL 60608** | **County Line Transport, Inc.**<br>**P.O. Box 625**<br>**Lee Summit, MO 64063** |
| **Jackson Logistics**<br>**2404 S. Wolcott**<br>**Chicago, IL 60608** | **Euro Trucking**<br>**2250 Moen Road**<br>**Suite 101**<br>**Rockdale, IL 60436** |
| **Jackson Logistics**<br>**2404 S. Wolcott**<br>**Chicago, IL 60608** | **Freight All Kinds**<br>**P.O. Box 3187**<br>**Denver, CO 80217-5187** |
| **Jackson Logistics**<br>**2404 S. Wolcott Ave.**<br>**Unit 14**<br>**Chicago, IL 60608** | **Artann Express**<br>**3423 N. Osceola Ave.**<br>**Chicago, IL 60634** |
| **Jackson Logistics**<br>**2404 S. Wolcott Ave.**<br>**Unit 14**<br>**Chicago, IL 60608** | **County Line Transport, Inc.**<br>**P.O. Box 625**<br>**Lee Summit, MO 64063** |
| **Jackson Logistics**<br>**2404 S. Wolcott Ave.**<br>**Unit 14**<br>**Chicago, IL 60608** | **Euro Trucking**<br>**2250 Moen Road**<br>**Suite 101**<br>**Rockdale, IL 60436** |

Sheet __13__ of __16__ continuation sheets attached to the Schedule of Codebtors

In re   **Tom Bastounes** ,   Case No.
                                         Debtor

# SCHEDULE H - CODEBTORS
(Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Jackson Logistics**<br>**2404 S. Wolcott Ave.**<br>**Unit 14**<br>**Chicago, IL 60608** | **Freight All Kinds**<br>**P.O. Box 3187**<br>**Denver, CO 80217-5187** |
| **Jackson Logistics**<br>**2404 S. Wolcott Ave.**<br>**Unit 14**<br>**Chicago, IL 60608** | **Jonathon Swift Trans**<br>**6138  W 55th St**<br>**Chicago, IL 60638** |
| **Jackson Logistics**<br>**2404 S. Wolcott Ave.**<br>**Unit 14**<br>**Chicago, IL 60608** | **K&M Trucking**<br>**P.O. Box 2501**<br>**Lubbock, TX 79408** |
| **Jackson Logistics**<br>**2404 S. Wolcott Ave.**<br>**Unit 14**<br>**Chicago, IL 60608** | **Kgb International Inc.**<br>**1175 Shaw Ave.**<br>**#104**<br>**Clovis, CA 93612** |
| **Jackson Logistics**<br>**2404 S. Wolcott Ave.**<br>**Unit 14**<br>**Chicago, IL 60608** | **LTA Logistics Inc.**<br>**720 Prestwick Lane 403**<br>**Wheeling, IL 60090** |
| **Jackson Logistics**<br>**2404 S. Wolcott Ave.**<br>**Unit 14**<br>**Chicago, IL 60608** | **Maktrans Logistics**<br>**10723 5th Ave. Cutoff #410**<br>**Countryside, IL 60525** |
| **Jackson Logistics**<br>**2404 S. Wolcott Ave.**<br>**Unit 14**<br>**Chicago, IL 60608** | **MB Financial Bank**<br>**801 W. Madison St.**<br>**Chicago, IL 60607** |
| **Jackson Logistics**<br>**2404 S. Wolcott Ave.**<br>**Unit 14**<br>**Chicago, IL 60608** | **MBT Transport, Inc.**<br>**5200 S. Lawndale Ave.**<br>**Summit Argo, IL 60501** |
| **Jackson Logistics**<br>**2404 S. Wolcott Ave.**<br>**Unit 14**<br>**Chicago, IL 60608** | **Mrsi**<br>**2250 E Devon Ave Ste 352**<br>**Des Plaines, IL 60018** |
| **Jackson Logistics**<br>**2404 S. Wolcott Ave.**<br>**Unit 14**<br>**Chicago, IL 60608** | **Polhill Transfer**<br>**526 Hillside Lane**<br>**Stockton, IL 61085** |

Sheet   **14**   of   **16**   continuation sheets attached to the Schedule of Codebtors

In re    **Tom Bastounes**                                                    ,    Case No. _____
                                                  Debtor

# SCHEDULE H - CODEBTORS
(Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Jackson Logistics**<br>**2404 S. Wolcott Ave.**<br>**Unit 14**<br>**Chicago, IL 60608** | **QTI, Inc.**<br>**7580 State Rd.**<br>**Burbank, IL 60459** |
| **Jackson Logistics**<br>**2404 S. Wolcott Ave.**<br>**Unit 14**<br>**Chicago, IL 60608** | **Superior Truck Brokers**<br>**P. O. Box 4324**<br>**Rio Rico, AZ 85648** |
| **Jackson Logistics**<br>**2404 S. Wolcott Ave.**<br>**Unit 14**<br>**Chicago, IL 60608** | **Total Quality Logistics**<br>**PO Box 799**<br>**Milford, OH 45150** |
| **Jackson Logistics**<br>**2404 S. Wolcott Ave.**<br>**Unit 14**<br>**Chicago, IL 60608** | **West Wind Express**<br>**5125 W. Lake St.**<br>**Chicago, IL 60644** |
| **Jackson Logistics**<br>**2404 S. Wolcott Ave.**<br>**Unit 14**<br>**Chicago, IL 60608** | **ZK Transport Inc.**<br>**P.O. Box 786**<br>**Bedford Park, IL 60499** |
| **Jackson Logistics**<br>**2404 S. Wolcott Ave.**<br>**Unit 14**<br>**Chicago, IL 60608** | **Tuksa, Inc.**<br>**610 69th St.**<br>**Darien, IL 60561** |
| **Paul Duggan**<br>**3220 W. 98th St.**<br>**Evergreen Park, IL 60805** | **Jackson Logistics**<br>**2404 S. Wolcott Ave.**<br>**Unit 14**<br>**Chicago, IL 60608** |
| **Paul Duggan**<br>**3220 W. 98th St.**<br>**Evergreen Park, IL 60805** | **Standard Bank & Trust Co.**<br>**9321 Wicker Ave.**<br>**Saint John, IN 46373** |
| **Paul Duggan**<br>**3220 W. 98th St.**<br>**Evergreen Park, IL 60805** | **Standard Bank & Trust Co.**<br>**19997 S. LaGrange Road**<br>**Attn: Alean**<br>**Frankfort, IL 60423** |
| **Paul Duggan**<br>**3220 W. 98th St.**<br>**Evergreen Park, IL 60805** | **Wolcott Realty**<br>**3220 W. 98th St.**<br>**Suite 201**<br>**Evergreen Park, IL 60805** |
| **The Estate of Dennis Nardoni**<br>**c/o Capa Estate, Corp**<br>**5025 Columbia Ave.**<br>**Hammond, IN 46327** | **Standard Bank & Trust Co.**<br>**9321 Wicker Ave.**<br>**Saint John, IN 46373** |

Sheet   **15**   of   **16**   continuation sheets attached to the Schedule of Codebtors

In re   **Tom Bastounes**                                                      ,   Case No. _____

Debtor

# SCHEDULE H - CODEBTORS
(Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **The Estate of Dennis Nardoni**<br>**c/o Capa Estate, Corp**<br>**5025 Columbia Ave.**<br>**Hammond, IN 46327** | **Standard Bank & Trust Co.**<br>**19997 S. LaGrange Road**<br>**Attn: Alean**<br>**Frankfort, IL 60423** |
| **The Estate of Dennis Nardoni**<br>**c/o Capa Estate, Corp**<br>**5025 Columbia Ave.**<br>**Hammond, IN 46327** | **Wolcott Realty**<br>**3220 W. 98th St.**<br>**Suite 201**<br>**Evergreen Park, IL 60805** |

Sheet __16__ of __16__ continuation sheets attached to the Schedule of Codebtors

B6I (Official Form 6I) (12/07)

In re  **Tom Bastounes**                                                          Case No. _____
                                    Debtor(s)

# SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

The column labeled "Spouse" must be completed in all cases filed by joint debtors and by every married debtor, whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. Do not state the name of any minor child. The average monthly income calculated on this form may differ from the current monthly income calculated on Form 22A, 22B, or 22C.

| Debtor's Marital Status: | DEPENDENTS OF DEBTOR AND SPOUSE | |
|---|---|---|
| **Married** | RELATIONSHIP(S): **Son** **Son** | AGE(S): **19** **22** |

| Employment: | DEBTOR | SPOUSE |
|---|---|---|
| Occupation | | **Real Estate Closer** |
| Name of Employer | **Unemployed** | **Self Employed** |
| How long employed | | |
| Address of Employer | | |

| INCOME: (Estimate of average or projected monthly income at time case filed) | | DEBTOR | | SPOUSE |
|---|---|---|---|---|
| 1. Monthly gross wages, salary, and commissions (Prorate if not paid monthly) | $ | **0.00** | $ | **4,000.00** |
| 2. Estimate monthly overtime | $ | **0.00** | $ | **0.00** |
| 3. SUBTOTAL | $ | **0.00** | $ | **4,000.00** |
| 4. LESS PAYROLL DEDUCTIONS | | | | |
| a. Payroll taxes and social security | $ | **0.00** | $ | **0.00** |
| b. Insurance | $ | **0.00** | $ | **0.00** |
| c. Union dues | $ | **0.00** | $ | **0.00** |
| d. Other (Specify): | $ | **0.00** | $ | **0.00** |
| | $ | **0.00** | $ | **0.00** |
| 5. SUBTOTAL OF PAYROLL DEDUCTIONS | $ | **0.00** | $ | **0.00** |
| 6. TOTAL NET MONTHLY TAKE HOME PAY | $ | **0.00** | $ | **4,000.00** |
| 7. Regular income from operation of business or profession or farm (Attach detailed statement) | $ | **0.00** | $ | **16,500.00** |
| 8. Income from real property | $ | **0.00** | $ | **0.00** |
| 9. Interest and dividends | $ | **0.00** | $ | **0.00** |
| 10. Alimony, maintenance or support payments payable to the debtor for the debtor's use or that of dependents listed above | $ | **0.00** | $ | **0.00** |
| 11. Social security or government assistance (Specify): **Unemployment** | $ | **1,430.00** | $ | **0.00** |
| | $ | **0.00** | $ | **0.00** |
| 12. Pension or retirement income | $ | **0.00** | $ | **0.00** |
| 13. Other monthly income (Specify): | $ | **0.00** | $ | **0.00** |
| | $ | **0.00** | $ | **0.00** |
| 14. SUBTOTAL OF LINES 7 THROUGH 13 | $ | **1,430.00** | $ | **16,500.00** |
| 15. AVERAGE MONTHLY INCOME (Add amounts shown on lines 6 and 14) | $ | **1,430.00** | $ | **20,500.00** |
| 16. COMBINED AVERAGE MONTHLY INCOME: (Combine column totals from line 15) | | $ | **21,930.00** | |

(Report also on Summary of Schedules and, if applicable, on
Statistical Summary of Certain Liabilities and Related Data)

17. Describe any increase or decrease in income reasonably anticipated to occur within the year following the filing of this document:

B6J (Official Form 6J) (12/07)

In re __Tom Bastounes__                                      Case No. _____
                              Debtor(s)

# SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)

Complete this schedule by estimating the average or projected monthly expenses of the debtor and the debtor's family at time case filed.  Prorate any payments made bi-weekly, quarterly, semi-annually, or annually to show monthly rate.  The average monthly expenses calculated on this form may differ from the deductions from income allowed on Form 22A or 22C.

■   Check this box if a joint petition is filed and debtor's spouse maintains a separate household.  Complete a separate schedule of expenditures labeled "Spouse."

| | | | |
|---|---|---|---:|
| 1. Rent or home mortgage payment (include lot rented for mobile home) | | $ | 11,139.50 |
| a. Are real estate taxes included? | Yes ___ | No __X__ | |
| b. Is property insurance included? | Yes ___ | No __X__ | |
| 2. Utilities: | a. Electricity and heating fuel | $ | 1,317.00 |
| | b. Water and sewer | $ | 300.00 |
| | c. Telephone | $ | 350.00 |
| | d. Other   **See Detailed Expense Attachment** | $ | 260.00 |
| 3. Home maintenance (repairs and upkeep) | | $ | 400.00 |
| 4. Food | | $ | 650.00 |
| 5. Clothing | | $ | 100.00 |
| 6. Laundry and dry cleaning | | $ | 125.00 |
| 7. Medical and dental expenses | | $ | 100.00 |
| 8. Transportation (not including car payments) | | $ | 400.00 |
| 9. Recreation, clubs and entertainment, newspapers, magazines, etc. | | $ | 200.00 |
| 10. Charitable contributions | | $ | 100.00 |
| 11. Insurance (not deducted from wages or included in home mortgage payments) | | | |
| | a. Homeowner's or renter's | $ | 500.00 |
| | b. Life | $ | 0.00 |
| | c. Health | $ | 983.00 |
| | d. Auto | $ | 500.00 |
| | e. Other | $ | 0.00 |
| 12. Taxes (not deducted from wages or included in home mortgage payments) | | | |
| (Specify)   **Property Tax** | | $ | 2,000.00 |
| 13. Installment payments: (In chapter 11, 12, and 13 cases, do not list payments to be included in the plan) | | | |
| | a. Auto | $ | 1,351.00 |
| | b. Other   **See Detailed Expense Attachment** | $ | 120.00 |
| 14. Alimony, maintenance, and support paid to others | | $ | 0.00 |
| 15. Payments for support of additional dependents not living at your home | | $ | 0.00 |
| 16. Regular expenses from operation of business, profession, or farm (attach detailed statement) | | $ | 0.00 |
| 17. Other | | $ | 0.00 |
| Other | | $ | 0.00 |

| | | |
|---|---|---:|
| 18. AVERAGE MONTHLY EXPENSES (Total lines 1-17. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) | $ | 20,895.50 |

19. Describe any increase or decrease in expenditures reasonably anticipated to occur within the year following the filing of this document:

_____

| | | |
|---|---|---:|
| 20. STATEMENT OF MONTHLY NET INCOME | | |
| a.   Average monthly income from Line 15 of Schedule I | $ | 21,930.00 |
| b.   Average monthly expenses from Line 18 above | $ | 22,895.50 |
| c.   Monthly net income (a. minus b.) | $ | -965.50 |

B6J (Official Form 6J) (12/07)

In re  **Tom Bastounes**                                                                Case No. _____
                                          Debtor(s)

# SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)

## (Spouse's Schedule)

| | |
|---|---:|
| 1. Rent or home mortgage payment (include lot rented for mobile home) | $ 0.00 |
|   a. Are real estate taxes included?    Yes ___    No **X** | |
|   b. Is property insurance included?    Yes ___    No **X** | |
| 2. Utilities:    a. Electricity and heating fuel | $ 0.00 |
|               b. Water and sewer | $ 0.00 |
|               c. Telephone | $ 0.00 |
|               d. Other | $ 0.00 |
| 3. Home maintenance (repairs and upkeep) | $ 0.00 |
| 4. Food | $ 0.00 |
| 5. Clothing | $ 0.00 |
| 6. Laundry and dry cleaning | $ 0.00 |
| 7. Medical and dental expenses | $ 0.00 |
| 8. Transportation (not including car payments) | $ 0.00 |
| 9. Recreation, clubs and entertainment, newspapers, magazines, etc. | $ 0.00 |
| 10. Charitable contributions | $ 0.00 |
| 11. Insurance (not deducted from wages or included in home mortgage payments) | |
|               a. Homeowner's or renter's | $ 0.00 |
|               b. Life | $ 0.00 |
|               c. Health | $ 0.00 |
|               d. Auto | $ 0.00 |
|               e. Other | $ 0.00 |
| 12. Taxes (not deducted from wages or included in home mortgage payments) | |
|       (Specify) | $ 0.00 |
| 13. Installment payments: (In chapter 12 and 13 cases, do not list payments to be included in the plan.) | |
|               a. Auto | $ 0.00 |
|               b. Other | $ 0.00 |
|               c. Other | $ 0.00 |
| 14. Alimony, maintenance, and support paid to others | $ 0.00 |
| 15. Payments for support of additional dependents not living at your home | $ 0.00 |
| 16. Regular expenses from operation of business, profession, or farm (attach detailed statement) | $ 0.00 |
| 17. Other  **Wife's Credit Cards** | $ 2,000.00 |
|     Other | $ 0.00 |
| 18. AVERAGE MONTHLY EXPENSES (Total lines 1-17. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) | $ 2,000.00 |

19. Describe any increase or decrease in expenditures anticipated to occur within the year following the filing of this document:

_____

B6J (Official Form 6J) (12/07)

In re   **Tom Bastounes** _____        Case No. _____
                                    Debtor(s)

## SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)
### Detailed Expense Attachment

**Other Utility Expenditures:**

| | | |
|---|---|---:|
| Cable/Internet | $ | 200.00 |
| Land Line | $ | 60.00 |
| **Total Other Utility Expenditures** | $ | 260.00 |

**Other Installment Payments:**

| | | |
|---|---|---:|
| Newspaper | $ | 20.00 |
| Alarm system | $ | 45.00 |
| Health Club | $ | 55.00 |
| **Total Other Installment Payments** | $ | 120.00 |

**B6 Declaration (Official Form 6 - Declaration). (12/07)**

# United States Bankruptcy Court
## Northern District of Illinois

In re   **Tom Bastounes**                                          Case No.
                                           Debtor(s)        Chapter    **7**

## DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

        I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of    **71**
sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date   **March  1, 2011**                              Signature   **/s/ Tom Bastounes**
                                                                    **Tom Bastounes**
                                                                    Debtor

*Penalty for making a false statement or concealing property:*  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§  152 and 3571.

B7 (Official Form 7) (04/10)

# United States Bankruptcy Court
### Northern District of Illinois

In re **Tom Bastounes** _____    Case No. _____

_____ Debtor(s)    Chapter    **7**

# STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs.  To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name.  See, 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

### *DEFINITIONS*

*"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

*"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any owner of 5 percent or more of the voting or equity securities of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. § 101.

---

**1. Income from employment or operation of business**

None
☐

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| **$0.00** | **2011 YTD: Debtor Household Income** |
| **$0.00** | **2010: Debtor Household Income** |
| **$207,035.00** | **2009: Debtor Household Income** |

---

**2. Income other than from employment or operation of business**

None
■

State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

AMOUNT      SOURCE

### 3. Payments to creditors

None
■

*Complete a. or b., as appropriate, and c.*

a.   *Individual or joint debtor(s) with primarily consumer debts.*  List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within **90 days** immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

None
■

b.   *Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made within **90 days** immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $5,850*.  If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency.  (Married debtors filing under chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
|---|---|---|---|

None
■

c.   *All debtors:* List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

### 4.  Suits and administrative proceedings, executions, garnishments and attachments

None
☐

a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| **CH Robinson Worldwide, Inc. v. Auster Acquisitions, LLC., et. al. 2011 cv 00105** | **Failure to maintain trust** | **Northern District of Illinois** | **Pending** |
| **Artann Express, Inc. v. Auster Acquisitions, LLC. et. al. 2011 L 000926** | **Breach of Contract** | **Cook County** | **Pending** |
| **MB Financial v. Thomas Bastounes and Paul J. Duggan 2011 L 050063** | **Confession of Judgment** | **Cook County** | **Pending** |
| **Atlantic Express Corp. v. Jackson Logistics Partners, LLC. et. al. 2011 L 000534** | **Breach of Contract** | **Cook County** | **Pending** |
| **Jack Tuchten Wholesale Produce, Inc. v. Auster Acquisitions, LLC. et. al. 2011 cv 125** | **Enforcement of the PACA trust** | **Northern District of Illinois** | **Pending** |

* Amount subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

None ■ b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- |

### 5. Repossessions, foreclosures and returns

None ■ List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- |

### 6. Assignments and receiverships

None ■ a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
| --- | --- | --- |

None ■ b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND LOCATION OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- | --- |

### 7. Gifts

None ■ List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
| --- | --- | --- | --- |

### 8. Losses

None ■ List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case.** (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
| --- | --- | --- |

**9.  Payments related to debt counseling or bankruptcy**

None ☐   List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of the petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYOR IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **Schneider & Stone**<br>**8424 Skokie Blvd.**<br>**Suite 200**<br>**Skokie, IL 60077** | **1/13/2011, 2/28/2011** | **$4000, and $1500 advanced fee retainer** |

**10.  Other transfers**

None ☐   a.  List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **two years** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|
| **Howard Frum**<br><br>**Buyer** | **6/2010, 12/2010** | **Watches $6,000** |
| **Debtor's Household** | | **2010 Tax Refund based on prior losses. The refund was for $69,000 and the Debtor used a significant portion of this refund in his ordinary financial affairs. The Debtor paid $24,000 for 2009 real estate taxes, $8300 for his first mortgage monthly payment, $1500 for his second mortgage monthly payment, $15,000 to bring his third mortgage current, $5000 for an advanced retainer to Schneider & Stone, and $8600 for his childrens' college tuition payments.** |

None ■   b.  List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

| NAME OF TRUST OR OTHER DEVICE | DATE(S) OF TRANSFER(S) | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY OR DEBTOR'S INTEREST IN PROPERTY |
|---|---|---|

**11.  Closed financial accounts**

None ■   List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
|---|---|---|

5

**12. Safe deposit boxes**

None
■

List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
|---|---|---|---|

**13. Setoffs**

None
■

List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
|---|---|---|

**14. Property held for another person**

None
■

List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
|---|---|---|

**15. Prior address of debtor**

None
■

If the debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
|---|---|---|

**16. Spouses and Former Spouses**

None
■

If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years** immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

NAME

**17. Environmental Information.**

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law

None
■

a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None ■ b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None ■ c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

| NAME AND ADDRESS OF GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |
|---|---|---|

---

**18 . Nature, location and name of business**

None ☐ a. *If the debtor is an individual*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

*If the debtor is a partnership*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within **six years** immediately preceding the commencement of this case.

*If the debtor is a corporation*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|---|---|
| **Auster Acquisitions, LLC.** | | **2404 South Wolcott Chicago, IL 60608** | **Produce** | **5/2006-Present** |
| **Jackson Logistics** | | **2404 S. Wolcott Ave. Unit 14 Chicago, IL 60608** | **Trucking** | **11/2006-1/2011** |

None ■ b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

| NAME | ADDRESS |
|---|---|

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within **six years** immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership, a sole proprietor, or self-employed in a trade, profession, or other activity, either full- or part-time.

*(An individual or joint debtor should complete this portion of the statement **only** if the debtor is or has been in business, as defined above, within six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go directly to the signature page.)*

---

**19. Books, records and financial statements**

None ☐ a. List all bookkeepers and accountants who within **two years** immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

| NAME AND ADDRESS | DATES SERVICES RENDERED |
|---|---|
| **William Parrillo** | **2006-Present** |
| **16 N. Clifton Ave.** | |
| **Park Ridge, IL 60068** | |

None ■   b. List all firms or individuals who within the **two years** immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

| NAME | ADDRESS | DATES SERVICES RENDERED |
|---|---|---|

None ■   c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain.

| NAME | ADDRESS |
|---|---|

None ■   d. List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued by the debtor within **two years** immediately preceding the commencement of this case.

| NAME AND ADDRESS | DATE ISSUED |
|---|---|

### 20. Inventories

None ■   a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

| DATE OF INVENTORY | INVENTORY SUPERVISOR | DOLLAR AMOUNT OF INVENTORY (Specify cost, market or other basis) |
|---|---|---|

None ■   b. List the name and address of the person having possession of the records of each of the two inventories reported in a., above.

| DATE OF INVENTORY | NAME AND ADDRESSES OF CUSTODIAN OF INVENTORY RECORDS |
|---|---|

### 21 . Current Partners, Officers, Directors and Shareholders

None ■   a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

| NAME AND ADDRESS | NATURE OF INTEREST | PERCENTAGE OF INTEREST |
|---|---|---|

None ■   b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

| NAME AND ADDRESS | TITLE | NATURE AND PERCENTAGE OF STOCK OWNERSHIP |
|---|---|---|

### 22 . Former partners, officers, directors and shareholders

None ■   a. If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately preceding the commencement of this case.

| NAME | ADDRESS | DATE OF WITHDRAWAL |
|---|---|---|

None ■   b. If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS | TITLE | DATE OF TERMINATION |
|---|---|---|

8

**23 . Withdrawals from a partnership or distributions by a corporation**

None
■

If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during **one year** immediately preceding the commencement of this case.

| NAME & ADDRESS OF RECIPIENT, RELATIONSHIP TO DEBTOR | DATE AND PURPOSE OF WITHDRAWAL | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- |

**24. Tax Consolidation Group.**

None
■

If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within **six years** immediately preceding the commencement of the case.

| NAME OF PARENT CORPORATION | TAXPAYER IDENTIFICATION NUMBER (EIN) |
| --- | --- |

**25. Pension Funds.**

None
■

If the debtor is not an individual, list the name and federal taxpayer-identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within **six years** immediately preceding the commencement of the case.

| NAME OF PENSION FUND | TAXPAYER IDENTIFICATION NUMBER (EIN) |
| --- | --- |

## DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct.

Date   **March  1, 2011**                            Signature   **/s/ Tom Bastounes**
                                                                          **Tom Bastounes**
                                                                          Debtor

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571*

B8 (Form 8) (12/08)

# United States Bankruptcy Court
## Northern District of Illinois

In re  **Tom Bastounes**

Debtor(s)

Case No.

Chapter  **7**

## CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION

**PART A -** Debts secured by property of the estate. (Part A must be fully completed for **EACH** debt which is secured by property of the estate. Attach additional pages if necessary.)

---

Property No. 1

| **Creditor's Name:**<br>**Bac Home Loans Servici** | **Describe Property Securing Debt:**<br>**Location: 1114 S. Broadway Ave., Park Ridge IL 60068** |
|---|---|

Property will be (check one):
- ☐ Surrendered
- ■ Retained

If retaining the property, I intend to (check at least one):
- ☐ Redeem the property
- ■ Reaffirm the debt
- ☐ Other. Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
- ■ Claimed as Exempt
- ☐ Not claimed as exempt

---

Property No. 2

| **Creditor's Name:**<br>**John Young** | **Describe Property Securing Debt:**<br>**Location: 1114 S. Broadway Ave., Park Ridge IL 60068** |
|---|---|

Property will be (check one):
- ☐ Surrendered
- ■ Retained

If retaining the property, I intend to (check at least one):
- ☐ Redeem the property
- ■ Reaffirm the debt
- ☐ Other. Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
- ■ Claimed as Exempt
- ☐ Not claimed as exempt

---

B8 (Form 8) (12/08)                                                                                              Page 2

| Property No. 3 | |
|---|---|
| **Creditor's Name:**<br>**Mb Financial Bank** | **Describe Property Securing Debt:**<br>**Location: 1114 S. Broadway Ave., Park Ridge IL 60068** |

Property will be (check one):

☐ Surrendered                         ■ Retained

If retaining the property, I intend to (check at least one):
☐ Redeem the property
■ Reaffirm the debt
☐ Other.  Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
■ Claimed as Exempt                              ☐ Not claimed as exempt

**PART B** - Personal property subject to unexpired leases. (All three columns of Part B must be completed for each unexpired lease. Attach additional pages if necessary.)

| Property No. 1 | | |
|---|---|---|
| **Lessor's Name:**<br>**-NONE-** | **Describe Leased Property:** | Lease will be Assumed pursuant to 11 U.S.C. § 365(p)(2):<br>☐ YES          ☐ NO |

**I declare under penalty of perjury that the above indicates my intention as to any property of my estate securing a debt and/or personal property subject to an unexpired lease.**

Date  **March  1, 2011**                            Signature  **/s/ Tom Bastounes**
                                                                        **Tom Bastounes**
                                                                        Debtor

# United States Bankruptcy Court
### Northern District of Illinois

In re   **Tom Bastounes**                                                                      Case No.
_____
                                        Debtor(s)                          Chapter   **7**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.  Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | | |
|---|---|---|
| For legal services, I have agreed to accept | $ | **4,000.00** |
| Prior to the filing of this statement I have received | $ | **4,000.00** |
| Balance Due | $ | **0.00** |

2.  $ **299.00**  of the filing fee has been paid.

3.  The source of the compensation paid to me was:

☒ Debtor      ☐ Other (specify):

4.  The source of compensation to be paid to me is:

☒ Debtor      ☐ Other (specify):

5.  ☒ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm.  A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

6.  In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
b.  Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
d.  [Other provisions as needed]
**Negotiations with secured creditors to reduce to market value; exemption planning; preparation and filing of reaffirmation agreements and applications as needed; preparation and filing of motions pursuant to 11 USC 522(f)(2)(A) for avoidance of liens on household goods.**

7.  By agreement with the debtor(s), the above-disclosed fee does not include the following service:
**Representation of the debtors in any dischargeability actions, judicial lien avoidances, relief from stay actions or any other adversary proceeding.**

---

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

Dated:   **March  1, 2011**                                    **/s/ Ben Schneider**
                                                               **Ben Schneider**
                                                               **Schneider & Stone**
                                                               **8424 Skokie Blvd.**
                                                               **Suite 200**
                                                               **Skokie, IL 60077**
                                                               **847-933-0300  Fax: 847-676-2676**
                                                               **ben@windycitylawgroup.com**

---

B 201A (Form 201A) (12/09)

**WARNING: Effective December 1, 2009, the 15-day deadline to file schedules and certain other documents under Bankruptcy Rule 1007(c) is shortened to 14 days.  For further information, see note at bottom of page 2**

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS

# NOTICE TO CONSUMER DEBTOR(S) UNDER § 342(b)
# OF THE BANKRUPTCY CODE

In accordance with § 342(b) of the Bankruptcy Code, this notice to individuals with primarily consumer debts: (1) Describes briefly the services available from credit counseling services; (2) Describes briefly the purposes, benefits and costs of the four types of bankruptcy proceedings you may commence; and (3) Informs you about bankruptcy crimes and notifies you that the Attorney General may examine all information you supply in connection with a bankruptcy case.

You are cautioned that bankruptcy law is complicated and not easily described. Thus, you may wish to seek the advice of an attorney to learn of your rights and responsibilities should you decide to file a petition. Court employees cannot give you legal advice.

Notices from the bankruptcy court are sent to the mailing address you list on your bankruptcy petition.  In order to ensure that you receive information about events concerning your case, Bankruptcy Rule 4002 requires that you notify the court of any changes in your address.  If you are filing a **joint case** (a single bankruptcy case for two individuals married to each other), and each spouse lists the same mailing address on the bankruptcy petition, you and your spouse will generally receive a single copy of each notice mailed from the bankruptcy court in a jointly-addressed envelope, unless you file a statement with the court requesting that each spouse receive a separate copy of all notices.

## 1. Services Available from Credit Counseling Agencies

**With limited exceptions, § 109(h) of the Bankruptcy Code requires that all individual debtors who file for bankruptcy relief on or after October 17, 2005, receive a briefing that outlines the available opportunities for credit counseling and provides assistance in performing a budget analysis.** The briefing must be given within 180 days **before** the bankruptcy filing. The briefing may be provided individually or in a group (including briefings conducted by telephone or on the Internet) and must be provided by a nonprofit budget and credit counseling agency approved by the United States trustee or bankruptcy administrator. The clerk of the bankruptcy court has a list that you may consult of the approved budget and credit counseling agencies.  Each debtor in a joint case must complete the briefing.

**In addition, after filing a bankruptcy case, an individual debtor generally must complete a financial management instructional course before he or she can receive a discharge.** The clerk also has a list of approved financial management instructional courses.  Each debtor in a joint case must complete the course.

## 2. The Four Chapters of the Bankruptcy Code Available to Individual Consumer Debtors

### Chapter 7: Liquidation ($245 filing fee, $39 administrative fee, $15 trustee surcharge: Total Fee $299)

Chapter 7 is designed for debtors in financial difficulty who do not have the ability to pay their existing debts. Debtors whose debts are primarily consumer debts are subject to a "means test" designed to determine whether the case should be permitted to proceed under chapter 7. If your income is greater than the median income for your state of residence and family size, in some cases, the United States trustee (or bankruptcy administrator), the trustee, or creditors have the right to file a motion requesting that the court dismiss your case under § 707(b) of the Code. It is up to the court to decide whether the case should be dismissed.

Under chapter 7, you may claim certain of your property as exempt under governing law. A trustee may have the right to take possession of and sell the remaining property that is not exempt and use the sale proceeds to pay your creditors.

The purpose of filing a chapter 7 case is to obtain a discharge of your existing debts. If, however, you are found to have committed certain kinds of improper conduct described in the Bankruptcy Code, the court may deny your discharge and, if it does, the purpose for which you filed the bankruptcy petition will be defeated.

Even if you receive a general discharge, some particular debts are not discharged under the law. Therefore, you may still be responsible for most taxes and student loans; debts incurred to pay nondischargeable taxes; domestic support and property settlement obligations; most fines, penalties, forfeitures, and criminal restitution obligations; certain debts which are not properly listed in your bankruptcy papers; and debts for death or personal injury caused by operating a motor vehicle, vessel, or aircraft while intoxicated from alcohol or drugs. Also, if a creditor can prove that a debt arose from fraud, breach of fiduciary duty, or theft, or from a willful and malicious injury, the bankruptcy court may determine that the debt is not discharged.

### Chapter 13: Repayment of All or Part of the Debts of an Individual with Regular Income ($235 filing fee, $39 administrative fee: Total fee $274)

Chapter 13 is designed for individuals with regular income who would like to pay all or part of their debts in installments over a period of time. You are only eligible for chapter 13 if your debts do not exceed certain dollar amounts set forth in the Bankruptcy Code.

Under chapter 13, you must file with the court a plan to repay your creditors all or part of the money that you owe them, using your future earnings. The period allowed by the court to repay your debts may be three years or five years, depending upon your income and other factors. The court must approve your plan before it can take effect.

After completing the payments under your plan, your debts are generally discharged except for domestic support obligations; most student loans; certain taxes; most criminal fines and restitution obligations; certain debts which are not properly listed in your bankruptcy papers; certain debts for acts that caused death or personal injury; and certain long term secured obligations.

### Chapter 11: Reorganization ($1000 filing fee, $39 administrative fee: Total fee $1039)

Chapter 11 is designed for the reorganization of a business but is also available to consumer debtors. Its provisions are quite complicated, and any decision by an individual to file a chapter 11 petition should be reviewed with an attorney.

### Chapter 12: Family Farmer or Fisherman ($200 filing fee, $39 administrative fee: Total fee $239)

Chapter 12 is designed to permit family farmers and fishermen to repay their debts over a period of time from future earnings and is similar to chapter 13.  The eligibility requirements are restrictive, limiting its use to those whose income arises primarily from a family-owned farm or commercial fishing operation.

## 3. Bankruptcy Crimes and Availability of Bankruptcy Papers to Law Enforcement Officials

A person who knowingly and fraudulently conceals assets or makes a false oath or statement under penalty of perjury, either orally or in writing, in connection with a bankruptcy case is subject to a fine, imprisonment, or both. All information supplied by a debtor in connection with a bankruptcy case is subject to examination by the Attorney General acting through the Office of the United States Trustee, the Office of the United States Attorney, and other components and employees of the Department of Justice.

**WARNING:** Section 521(a)(1) of the Bankruptcy Code requires that you promptly file detailed information regarding your creditors, assets, liabilities, income, expenses and general financial condition. Your bankruptcy case may be dismissed if this information is not filed with the court within the time deadlines set by the Bankruptcy Code, the Bankruptcy Rules, and the local rules of the court.  The documents and the deadlines for filing them are listed on Form B200, which is posted at http://www.uscourts.gov/bkforms/bankruptcy_forms.html#procedure.

**Many filing deadlines change on December 1, 2009.  Of special note, 12 rules that set 15 days to act are amended to require action within 14 days, including Rule 1007(c), filing the initial case papers; Rule 3015(b), filing a chapter 13 plan; Rule 8009(a), filing appellate briefs; and Rules 1019, 1020, 2015, 2015.1, 2016, 4001, 4002, 6004, and 6007.**

B 201B (Form 201B) (12/09)

# United States Bankruptcy Court
## Northern District of Illinois

In re   **Tom Bastounes** _____   Case No. _____

_____ Debtor(s)   Chapter   **7** _____

## CERTIFICATION OF NOTICE TO CONSUMER DEBTOR(S)
## UNDER § 342(b) OF THE BANKRUPTCY CODE

### Certification of Debtor

I (We), the debtor(s), affirm that I (we) have received and read the attached notice, as required by § 342(b) of the Bankruptcy Code.

| **Tom Bastounes** | X | **/s/ Tom Bastounes** | **March  1, 2011** |
|---|---|---|---|
| Printed Name(s) of Debtor(s) | | Signature of Debtor | Date |
| Case No. (if known) _____ | X | _____ | |
| | | Signature of Joint Debtor (if any) | Date |

---

**Instructions:** Attach a copy of Form B 201 A, Notice to Consumer Debtor(s) Under § 342(b) of the Bankruptcy Code.

Use this form to certify that the debtor has received the notice required by 11 U.S.C. § 342(b) **only** if the certification has **NOT** been made on the Voluntary Petition, Official Form B1.  Exhibit B on page 2 of Form B1 contains a certification by the debtor's attorney that the attorney has given the notice to the debtor.  The Declarations made by debtors and bankruptcy petition preparers on page 3 of Form B1 also include this certification.

Software Copyright (c) 1996-2011 CCH INCORPORATED - www.bestcase.com                                    Best Case Bankruptcy

# United States Bankruptcy Court
## Northern District of Illinois

In re   **Tom Bastounes**

Debtor(s)

Case No.
Chapter   **7**

# VERIFICATION OF CREDITOR MATRIX

Number of Creditors:                                    **188**

The above-named Debtor(s) hereby verifies that the list of creditors is true and correct to the best of my (our) knowledge.

Date:   **March  1, 2011**

**/s/ Tom Bastounes**

**Tom Bastounes**
Signature of Debtor

A&J Produce
P.O. Box
771221
Orlando, FL 32877


A.J. Trucco
344 NYC Terminal MKT
Bronx, NY 10474


Adam Bros. Produce Sales
PO Box 5987
Santa Maria, CA 93456


ADP, Inc.
PO Box 78415
Phoenix, AZ 85062


Advanced Logistics, LTD
246 Main St.
Sun Prairie, WI 53590


Agri-Mondo Inc.
23 E. 38th St.
Brant Beach, NJ 08008


Agricola Buen Ano
ABA 980511JV6
S DE R L DE C V


Agricola Zaragoza, Inc.
3602 W. Military Hwy. D-20
McAllen, TX 78503


Agrosale Inc.
PO Box 33197
1335 NW 21 Terr Bay 1
Miami, FL 33142


Allied Waste Services
Att. Carl Christl
2608 S. Damen
Chicago, IL 60608

AMC Direct, Inc.
510 Heron Dr.
Suite 102
Swedesboro, NJ 08085


American Express
c/o Becket and Lee LLP
Po Box 3001
Malvern, PA 19355


American Express
PO Box 360002
Los Angeles, CA 90096


American Express
PO Box 360002
Fort Lauderdale, FL 33336


American Express
PO Box 0001
Los Angeles, CA 90096


Anthony C. Campanale
19 S. LaSalle
Suite 1500
Chicago, IL 60603


Arnstein & Lehr, LLP
120 S. Riverside Plaza-Suite 1200
Chicago, IL 60606


Artann Express
3423 N. Osceola Ave.
Chicago, IL 60634


AT&T
PO Box 9001309
Louisville, KY 40290


AT&T Mobility
PO Box 6428
Carol Stream, IL 60197

Atlantic Express Corp.
Sullivan Hincks & Conway
120 West 22nd St., Suite 100
Oak Brook, IL 60523


Atlas Companies
5050 N. River Road
Schiller Park, IL 60176


Atlas Lift Truck Rentals
5050 N. River Road
Schiller Park, IL 60176


Atom Banana
2404 S. Wolcott Ave.
Unit 10-11-12
Chicago, IL 60608


Audi Financial Services
PO Box 17497
Baltimore, MD 21297


Auster Acquisitions
2404 S. Wolcott Ave.
Chicago, IL 60608


Automatic Mechanical Serv
3733 N. Ventura Dr.
Arlington Heights, IL 60004


B.J. Produce
2404 S. Wolcott Ave.
Unit 22
Chicago, IL 60608


Bac Home Loans Servici
450 American St
Simi Valley, CA 93065


Bacchus Associates
4275 US Highway
#1 - 2nd Floor
Monmouth Junction, NJ 08852

Bacchus Fresh International
1920 S. Highland
Suite 125
Lombard, IL 60148


Bank of America
PO Box 15220
Wilmington, DE 19886-5710


Barneys Ny Cred Co
1201 Valley Brook Ave
Lyndhurst, NJ 07071


Basciani Foods, Inc.
3661 S. Iron
Chicago, IL 60609


Blue Cross/Blue Shield of Illinois
PO Box 1186
Chicago, IL 60690


Blue Cross/Blue Shield of Illinois
PO Box 2039
Aurora, IL 60507


Blue Island Wholesale Produce, Inc.
2320 S. Blue Island
Chicago, IL 60608


Bmw Financial Services
5550 Britton Parkway
Hilliard, OH 43026


BP
PO Box 70887
Charlotte, NC 28272


Brooks Tropicals, Inc.
PO Box 900160
Flossmoor, FL 33090


C.H. Robinson Co.
1200 Internationale Pkwy
Suite 150
Woodridge, IL 60517

Capital One, N.a.
Bankruptcy Dept
Po Box 5155
Norcross, GA 30091


Capitol Produce
1501 S. Blue Island
Chicago, IL 60608


Cardmember Service
PO Box 15153
Wilmington, DE 19886


Carmichael Leasing Co. Inc.
PO Box 607899
Chicago, IL 60660


Central American Prod, Inc.
1500 W. Atlantic Blvd.
Pompano Beach, FL 33069


Central Washington Market
770 N. 80th Ave.
Yakima, WA 98908


Central West Produce
511 E. Main Street
Suite B
Santa Maria, CA 93454


Chase
Po Box 15298
Wilmington, DE 19850


Chicago Area I.B. of T-HW
Health and Welfare
PO Box 94473
Chicago, IL 60674


Chicago Area I.B. of T-PF
Pension Fund
PO Box 94473
Chicago, IL 60674

Chicago Area I.B. of T-SR
Severance & Retirement
PO Box 94473
Chicago, IL 60674


CitiBusiness Card
PO Box 688905
Des Moines, IA 50368


CitiCapital (SM)
PO Box 6229
Carol Stream, IL 60197


City Wide Produce
2401 S. Wolcott Ave.
Unit 29-30
Chicago, IL 60608


Com Ed
PO Box 6111
Carol Stream, IL 60197


Coosemans Chicago, Inc.


County Line Transport, Inc.
P.O. Box 625
Lee Summit, MO 64063


D&S Truck Center, Inc.
Mitsubishi Fuso Truck
6042 Lenzi Ave.
Hodgkins, IL 60525


Dan Carreiro
1991 74th Avenue
Vero Beach, FL 32966-5110


Dayka & Hackett LLC
PO Box 1148
Reedley, CA 93654


Degroot's Vegetable Farms
8648 E. 4500 S. Road
Saint Anne, IL 60964

Demis Printing, Inc.
5412 W. Berteau Ave.
Chicago, IL 60641


Dietz & Kolodenko Co.
2404 S. Wolcott Ave.
Units 24-25
Chicago, IL 60608


Discover Card
PO Box 30395
Salt Lake City, UT 84130


Discover Fin
Po Box 6103
Carol Stream, IL 60197


DNS Trucking
6042 Lenzi Ave.
Hodgkins, IL 60525


Domex Corporation
Lock Box 773448
3448 Solutions Center
Chicago, IL 60677


Domex Marketing School Program
151 Low Road
Yakima, WA 98908


EJ's Logistics & Farming LLC
4425 E. Agave Road
Suite 138
Phoenix, AZ 85044


EJ's Produce Sales Inc.
4425 E. Agave Road
Suite 138
Phoenix, AZ 85044


El Pipila
1947-49 West Division St.
Chicago, IL 60622

Emerald Packing Co., Inc.
PO Box 547914
Orlando, FL 32854


Enrique Produce Inc
2444 S. Blue Island Ave
Chicago, IL 60608


Euro Trucking
2250 Moen Road
Suite 101
Rockdale, IL 60436


Evergreen International Produce
2404 S. Wolcott Ave.
Units 8-9
Chicago, IL 60608


Evergreen Veg & Fruit, Inc.


Everyday Fresh
5301 S. Kildare
Chicago, IL 60632


Federal Express Corp.
PO Box 94515
Palatine, IL 60094


Fireman's Fund Ins. Co.
CH 0162
Palatine, IL 60055


First Card
PO Box 15098
Wilmington, DE 19886


First Merit Bank
PO Box 3648
Akron, OH 44309


Freight All Kinds
P.O. Box 3187
Denver, CO 80217-5187

Fresh Veg Distributing
PO Box 970608
Boca Raton, FL 33497


George J. Cornille & So


Georgia Vegetable Co., Inc.
PO Box 2037
Tifton, GA 31793


Gregory J. Jordan
222 S. Riverside Plaza, Ste. 1550
Chicago, IL 60606


Grofresh
1441 Brewster Creek Blvd.
Bartlett, IL 60103


Horton Fruit Co.
4701 Jennings Lane
Louisville, KY 40218-2967


Hsbc/neimn
Hscb Retail Srvs/ Attn: Bankruptcy
Po Box 5213
Carol Stream, IL 60197


Hugh H. Branch Inc.
PO Box 598
Pahokee, FL 33476


Hughes & Associates P.C.
19815 Governors Hwy
Suite 11
Flossmoor, IL 60422


Hughes Produce Sales, Inc.
PO Box 207
Salinas, CA 93902


Indiana Insurance
P.O. Box 7906
Loveland, OH 45140-7906

Ipiphany LLC
Department #4510
1600 Golf Rd. Suite 700
Rolling Meadows, IL 60008


J L Gonzales Produce
2404 S. Wolcott
Chicago, IL 60608


J L Gonzales Produce
2404 S. Wolcott
Units 6-7
Chicago, IL 60608


J&S Produce
2300 W. Lake St.
Chicago, IL 60612


Jab Produce, Inc.
2404 S. Wolcott Ave.
Unit 23
Chicago, IL 60608


Jack Brown Produce, Inc.
8035 Fruit Ridge Ave N.W.
Sparta, MI 49345


Jack Tuchten Whole Produce
2404 S. Wolcott
Unit 31
Chicago, IL 60608


Jackson Boulevard Capital
3220 W. 98th St.
Suite 201
Evergreen Park, IL 60805


Jackson Logistics
2404 S. Wolcott Ave.
Unit 14
Chicago, IL 60608


Jackson Logistics
2404 S. Wolcott
Chicago, IL 60608

Jim Aralis
172 N. Peoria St.
Chicago, IL 60607


John Young
4699 Jamboree Rd.
Newport Beach, CA 92660


John Young and Andrew Sun
4699 Jamboree Rd.
Newport Beach, CA 92660


Jonathon Swift Trans
6138 W 55th St
Chicago, IL 60638


Jordan, Kowal & Apostol, LLC.
222 South Riverside Plaza
Suite 1550
Chicago, IL 60606-6016


Junior Produce
2541 S. Damen Ave.
Unit A
Chicago, IL 60608


K&M Trucking
P.O. Box 2501
Lubbock, TX 79408


Kalantzis Law Firm, LLC
1861 Hicks Rd.
Rolling Meadows, IL 60008


Keith Connell, Inc.
21 Calle Cristina
Rio Rico, AZ 85648


Kgb International Inc.
1175 Shaw Ave.
#104
Clovis, CA 93612

Kiko's Produce, Inc.
1820 W. Cermak Road
Chicago, IL 60608


Kirk Tire Sales
Car Care Center, Inc.
3601 S. Western Blvd.
Chicago, IL 60609


Klein's Quality Produce
11N 590 Lawrence Road
Burlington, IL 60109


La Hacienda Brands
3000 S. Ashland Ave.
Unit 4
Chicago, IL 60608


Lange Logistics
16W277 83rd St 57A
Burr Ridge, IL 60527


Lange Trading Company
854 Freedom Blvd.
Watsonville, CA 95076


Local Teamsters 703
300 S. Ashland Ave.
Chicago, IL


Loutos Motor Service
1019 W. 16th St.
Chicago, IL 60608


LTA Logistics Inc.
720 Prestwick Lane 403
Wheeling, IL 60090


Macke Water Systems
PO Box 545
Wheeling, IL 60090


Maktrans Logistics
10723 5th Ave. Cutoff #410
Countryside, IL 60525

Mandolini Company
2404 S. Wolcott Ave.
Unit 28
Chicago, IL 60608


Martyn and Associates
Tenth Floor
820 Superior Ave, NW
Cleveland, OH 44113


Mb Financial Bank
6111 N River Rd
Rosemont, IL 60018


MB Financial Bank
801 W. Madison St.
Chicago, IL 60607


MBT Transport, Inc.
5200 S. Lawndale Ave.
Summit Argo, IL 60501


Michael H. Erdman
Teeple Leonard & Erdman
175 W. Jackson Blvd., Suite 240
Chicago, IL 60604


MichaelJ. Navilio
2404 S. Wolcott Units 26-27
Chicago, IL 60608


Mrsi
2250 E Devon Ave Ste 352
Des Plaines, IL 60018


Muzak LLC
PO Box 71070
Charlotte, NC 28272


Natural Software
Slot 303134
PO Box 66973
Chicago, IL 60666

Neiman Marcus
P.O. Box
Carol Stream, IL 60197-5235


New Era Produce
10560 San Marino Pointe Drive
Unit 104
Miromar Lakes, FL 33913


New York Apple Sales, Inc.
1580 Columbia TPKE- Ste 5
Castleton on Hudson, NY 12033


Nico Mexi Food, Inc.
4115 W. Ogden Ave.
Chicago, IL 60623


North & Elston
1558 N. Elston
Chicago, IL 60622


Office Depot Credit Plan
Dept. 56-4240506658
PO Box 689020
Des Moines, IA 50368


Olympic Wholesale
2404 S. Wolcott Ave.
Unit 15
Chicago, IL 60608


Osco Incorporated
PO Box 70
Lemont, IL 60439


Paul Duggan
3220 W. 98th St.
Evergreen Park, IL 60805


Polhill Transfer
526 Hillside Lane
Stockton, IL 61085

Porsche Financial Srvc
4343 Commerce Ct #300
Lisle, IL 60532


Produce Plus, Inc.
8 Greenwood Ave.
Romeoville, IL 60446


Providencia Produce
PO Box 12398
Chicago, IL 60612


QTI, Inc.
7580 State Rd.
Burbank, IL 60459


Quality Food Products, Inc.
924 W. Randolph St.
Chicago, IL 60607


Quill Corp.
PO Box 94081
Palatine, IL 60094


Rnb-fields3
Po Box 9475
Minneapolis, MN 55440


Robinson Trans - Chicago
1200 International Prkwy
Suite 150
Woodridge, IL 60517


Russet Potato Exchange
PO Box 330
Bancroft, WI 54921


Rynn & Janowsky
4100 Newport Place Dr.
Newport Beach, CA 92660


Scattaglia Growers & Shippers
PO Box 279
Traver, CA 93673

Seald Sweet West, LLC.
PO Box 202472
Dallas, TX 75320


Seald-Sweet Growers
P.O. Box 389
Fort Pierce, FL 34954-0398


Sharon Bai
PO Box 570001
Whitestone, NY 11357-0001


Shaw Gussis Fishman Glantz
321 North Clark St., Suite 800
Chicago, IL 60654


Southern Produce/Agricap
PO Box 100364
Pasadena, CA 91189


Sprint
PO Box 4191
Carol Stream, IL 60197


Standard Bank & Trust Co.
9321 Wicker Ave.
Saint John, IN 46373


Standard Bank & Trust Co.
19997 S. LaGrange Road
Attn: Alean
Frankfort, IL 60423


Strube Celery & Vegetable
2404 S. Wolcott Ave.
Units 16-17-18-19-20
Chicago, IL 60608


Superior Truck Brokers
P. O. Box 4324
Rio Rico, AZ 85648

T.J. Produce, Inc.
2551 Division St.
Suite 103
Joliet, IL 60435


The Estate of Dennis Nardoni
c/o Capa Estate, Corp
5025 Columbia Ave.
Hammond, IN 46327


Tom Lange Co. Inc.
16W277 83rd St.
Suite A
Burr Ridge, IL 60527


Total Quality Logistics
PO Box 799
Milford, OH 45150


Toyota Financial Service
PO Box 2431
Carol Stream, IL 60132


Transit Services, Inc.
PO Box 249
Paulsboro, NJ 08066


Trucco, A.J.
344 NYC Terminal MKT
Bronx, NY 10474


Truong Enterprises, Inc.
PO Box 804117
Chicago, IL 60680


Tuksa, Inc.
610 69th St.
Darien, IL 60561


USDA, AMS, F&V Fresh Branch
PO Box 790306
Saint Louis, MO 63179

Veg-Fresh, Inc.
810 Edgewater Rd.
Bronx, NY 10474


Veg-Pro Inc.
P.O. Box 635
Grant, MI 49327


Volkswagon Credit Inc
c/o Brice, Vander, Linden and Wernick PC
9441 Lbj Freeway Suite 250
Dallas, TX 75243


Wayne Bailey Produce Co.
PO Box 467
Chadbourn, NC 28431


West Coast Tomato, Inc.
PO Box 936
Palmetto, FL 34220


West Wind Express
5125 W. Lake St.
Chicago, IL 60644


William A. Parrillo
16 N. Clifton Ave.
Park Ridge, IL 60068


Wolcott Realty
3220 W. 98th St.
Suite 201
Evergreen Park, IL 60805


Woody's Tomato
P.O. Box 962
Palmetto, FL 34220


Wurth Bros. Farms
1720 S. Friendship Rd.
Paduca, KY


ZK Transport Inc.
P.O. Box 786
Bedford Park, IL 60499

```
Zone Mechanical
12539 Holiday Dr. #A
Alsip, IL 60803
```